# Exhibit "A"

| Store # | Entity | EIN | Address | Phone #'s | Year Founded | Building Type | Sf |
|---|---|---|---|---|---|---|---|
| 2507 | MTF Ventures, LLC | 92-3112811 | 1820 Tappahannock Blvd., Tappahannock, VA 22560 | (804) 443-6787 | 1987 | Strip | 1800 |
| 3471 | MTF Ventures, LLC | 92-3112811 | 25076 Lankford Hwy, Onley, VA 23418 | (757) 787-1151 | 1988 | Strip | 1400 |
| 5315 | MTF Management, LLC | 93-1445541 | 104 Pleasant St, Brunswick, ME 04011 | (207) 725-4408 | 1989 | Standalone | 1636 |
| 5811 | MTF Ventures, LLC | 92-3112811 | 2801 West Broad St. Richmond, VA. 22230 | (804) 353-2323 | 1989 | Standalone | 1000 |
| 5924 | MTF Enterprises, LLC | 88-3303929 | 503 N Front St, Philipsburg, PA 16866 | (814) 801-0370 | 1989 | Standalone | 800 |
| 7742 | MTF Group, LLC | 99-1447408 | 6 Allen Ave, Portland, ME 04103 | (207) 797-0172 | 1990 | Standalone | 1800 |
| 10982 | MTF Management, LLC | 93-1445541 | 124 US Rt 1 unit D Bucksport, ME 04416 | (207) 630-8518 | 1991 | Strip | 2250 |
| 11264 | MTF Management, LLC | 93-1445541 | 255 Main St Old Town, ME 04468 | (207) 620-0682 | 1991 | Downtown | 2100 |
| 1447 | MTF Enterprises, LLC | 88-3303929 | 836 W Main St, New Holland, PA 17557 | (717) 283-2723 | 1991 | Strip | 1400 |
| 11487 | MTF Holdings, LLC | 82-5296159 | 501 S Broad St, #13 Lansdale, PA | (267) 903-7266 | 1992 | Strip | 1500 |
| 11721 | MTF Group, LLC | 99-1447408 | #4A Hamilton Court Topson, ME 04086 | (207) 508-4522 | 1992 | Strip | 1500 |
| 11930 | MTF Management, LLC | 93-1445541 | 568 Lisbon Rd Lisbon Falls, ME 04252 | (207) 353-6840 | 1994 | Strip | 1425 |
| 11954 | MTF Group, LLC | 99-1447408 | 1 Court St Suite 5 Machias, ME 04654 | (207) 255-4900 | 1995 | Strip | 1500 |
| 12267 | MTF Holdings, LLC | 82-5296159 | 135 W. Main Street Leola, PA 17540 | (717) 661-3846 | 1994 | Strip | 1400 |
| 12307 | MTF Ventures, LLC | 92-3112811 | 5251 John Tyler Hwy., Williamsburg, VA 23185 | (757) 253-7614 | 1992 | Strip | 1400 |
| 12319 | MTF Group, LLC | 99-1447408 | 207 North St Calais, ME 04619 | (207) 454-0033 | 1992 | Strip | 1248 |
| 15335 | MTF Management, LLC | 93-1445541 | 681 Bath Rd STE 4, Wiscasset, ME 04578 | (207) 882-5598 | 1994 | Strip | 1600 |
| 15637 | MTF Management, LLC | 93-1445541 | 58 Ossipee Tri E unit 1, Standish, ME 04084 | (207) 648-4066 | 1994 | Standalone | 1191 |
| 16760 | MTF Management, LLC | 93-1445541 | 7 Western Ave floor 1 Hampden, ME 04444 | (207) 630-4377 | 1995 | Standalone | 625 |
| 17250 | MTF Ventures, LLC | 92-3112811 | 1200 Semmes Ave. Suite 101 Richmond, VA 23224 | (804) 442-7400 | 1995 | Strip | 1388 |
| 17662 | MTF Management, LLC | 93-1445541 | 989 Wiscasset Rd Rt 27, Boothbay, ME 04537 | (207) 633-9925 | 1996 | Shared Standalone | 330 |
| 21922 | MTF Management, LLC | 93-1445541 | 16 South Street Blue Hill, ME 04614 | (207) 374-7114 | 1999 | Strip | 1200 |
| 23002 | MTF Management, LLC | 93-1445541 | 8319 Bell Creek Rd., Mechanicsville, VA 23116 | (804) 764-9030 | 2003 | Strip | 1600 |
| 23207 | MTF Holdings, LLC | 82-5296159 | 2350 N. Reading Road (Route 272) Denver, PA | (717) 336-7076 | 2001 | Standalone | 1298 |
| 23467 | MTF Ventures, LLC | 92-3112811 | 6496 Lankford Hwy, Oak Hall, VA 23416 | (757) 824-0094 | 2001 | Strip | 2300 |
| 23757 | MTF Enterprises, LLC | 88-3303929 | 2516 Eastern Blvd York, PA | (717) 600-8931 | 2001 | Strip | 2025 |
| 26629 | MTF Enterprises, LLC | 88-3303929 | 2148 Palomino Road Dover, PA | (717) 308-0855 | 2002 | Strip | 1200 |
| 27725 | MTF Management, LLC | 93-1445541 | 615 Main St Westbrook, Maine 04092 | (207) 464-1107 | 2003 | Standalone | 1363 |
| 28145 | MTF Group, LLC | 99-1447408 | 7A Lafayette RD North Hampton, NH 03862 | (603) 964-1124 | 2004 | Strip | 1800 |
| 28273 | MTF Holdings, LLC | 82-5296159 | 1380 Columbia Avenue Lancaster, PA | (717) 435-9159 | 2004 | Strip | 1500 |
| 30043 | MTF Ventures, LLC | 92-3112811 | 4090 B Lankford Hwy, Exmore, VA 23350 | (757) 442-0090 | 2005 | Strip | 2000 |
| 32901 | MTF Ventures, LLC | 92-3112811 | 6448 Maddox Blvd, Chincoteague, VA 23336 | (757) 336-2480 | 2004 | Strip | 1125 |
| 34774 | MTF Enterprises, LLC | 88-3303929 | 2801 E. Market Street York, PA (Walmart) | (717) 840-0446 | 2004 | Walmart | 2124 |
| 35580 | MTF Group, LLC | 99-1447408 | 2200 Woodbury Ave Newington, NH 03801 | (603) 431-2700 | 2005 | Walmart | 1420 |
| 35770 | MTF Enterprises, LLC | 88-3303929 | 373 Benner Pike State College, PA 16801 | (804) 599-7757 | 2005 | Walmart | 2209 |
| 38026 | MTF Ventures, LLC | 92-3112811 | 671 Southpark Blvd., Colonial Heights, VA 23834 | (804) 504-0045 | 2006 | Walmart | 2080 |
| 46814 | MTF Ventures, LLC | 92-3112811 | 1430 Richmond Rd., Williamsburg, VA 23185 | (757) 208-0804 | 2010 | Strip | 1338 |
| 47081 | MTF Management, LLC | 93-1445541 | 5 Ridge Rd Richmond, ME 04357 | (207) 630-8263 | 2009 | Shared Standalone | 1500 |
| 47829 | MTF Enterprises, LLC | 88-3303929 | 1 Terminal Drive Middletown, PA (HIA Airport) | (717) 948-3738 | 2010 | Airport | 1283 |
| 49441 | MTF Ventures, LLC | 92-3112811 | 26036 Lankford Hwy, Onley, VA 23418 | (757) 993-0219 | 2010 | Walmart | 1624 |
| 50667 | MTF Holdings, LLC | 82-5296159 | 2102 Spring Valley Road Lancaster, PA | (717) 824-3787 | 2011 | Strip | 1500 |
| 57335 | MTF Ventures, LLC | 92-3112811 | 7328 Bell Creek Rd., Mechanicsville, VA 23111 | (804) 723-4573 | 2013 | Strip | 1600 |

| 65981 | MTF Enterprises, LLC | 88-3303929 | 900 S Richland Ave York, PA | (717) 699-2020 | 2017 | Strip | 1600 |