# Exhibit "C"



**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

CIARDI CIARDI & ASTIN
DANIEL SIEDMAN
1905 SPRUCE STREET
PHILADELPHIA, PA 19103

Request Date:    01/08/2026 9:42 AM
UCC11 No.:    20260108004605

### UCC11 SEARCH REPORT

UCC Processed Through: 01/06/2026 11:59 PM

**Search Criteria:**

Debtor Organization: MTF HOLDINGS , LLC
Request Type:    Lien Information Request (UCC 11)
Active (Unlapsed Records Only), List and All Copies

| Lien Listing |
| --- |

**Lien File No.: 2020052200640**          **Filed: 05/22/2020 10:41 AM**          **Lapse: 05/22/2030 11:59 PM**
Lien Type:    Financing Statement          **Pages:1**

Debtor(s):      MTF HOLDINGS LLC, 3033 SUMMER MEADOW DRIVE, DOUGLASVILLE, PA 19518

Secured Party(s): U.S. SMALL BUSINESS ADMINISTRATION, 2 NORTH STREET, SUITE 320, BIRMINGHAM,
        AL 35203

***Amendment - Continuation***

Amendment No.: 20250509107723          Filed: 05/09/2025 09:30 PM          Pages: 1

**Lien File No.: 2021010801940**          **Filed: 01/08/2021 02:34 PM**          **Lapse: 01/08/2026 02:34 PM**
Lien Type:    Financing Statement          **Pages:2**

Debtor(s):      MTF HOLDINGS LLC, 3033 SUMMER MEADOW DR, DOUGLASSVILLE, PA 19518

Secured Party(s): U.S. SMALL BUSINESS ADMINISTRATION, 2 NORTH 20TH STREET, SUITE 320,
        BIRMINGHAM, AL 35203

**Lien File No.: 2021011102016**          **Filed: 01/11/2021 04:36 PM**          **Lapse: 01/11/2026 04:36 PM**
Lien Type:    Financing Statement          **Pages:2**

Debtor(s):      MTF HOLDINGS LLC, 3033 SUMMER MEADOW DRIVE, DOUGLASSVILLE, PA 19518

Secured Party(s): U.S. SMALL BUSINESS ADMINISTRATION, 2 NORTH 20TH STREET, SUITE 320,
        BIRMINGHAM, AL 35203

**Lien File No.: 2021100801078**          **Filed: 10/08/2021 02:05 PM**          **Lapse: 10/08/2026 12:00 AM**
Lien Type:    Financing Statement          **Pages:1**

Debtor(s):      MTF HOLDINGS LLC, 3033 SUMMER MEADOW DR, DOUGLASSVILLE, PA 19518

Secured Party(s): C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700,
        ATTN: SPRS, GLENDALE, CA 91203

## Lien Listing

| | | |
|---|---|---|
| **Lien File No.: 2022011301639** | **Filed: 01/13/2022 02:42 PM** | **Lapse: 01/13/2027 12:00 AM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):      MTF HOLDINGS LLC, 2350 N READING RD ROUTE 272, DENVER, PA  17517

Secured Party(s):  C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700;
ATTN: SPRS, GLENDALE, CA  91203

| | | |
|---|---|---|
| **Lien File No.: 20230512097695** | **Filed: 05/12/2023 06:02 PM** | **Lapse: 05/12/2028 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):      MTF HOLDINGS LLC, 2102 SPRING VALLEY RD, LANCASTER, PA  17603

Secured Party(s): FINANCIAL PACIFIC LEASING, INC., P.O. BOX 4568, FEDERAL WAY, WA  98001

| | | |
|---|---|---|
| **Lien File No.: 20230920214480** | **Filed: 09/20/2023 02:13 PM** | **Lapse: 09/20/2028 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):      MTF MANAGEMENT LLC, 37220 MEADOR LANE, GEISMAR, LA  70734
MTF HOLDINGS LLC, 3033 SUMMER MEADOW DRIVE, DOUGLASSVILLE, PA  19518
MTF ENTERPRISES LLC, 2516 EASTERN BOULEVARD, YORK, PA  17402

Secured Party(s): NORTH MILL CREDIT TRUST, 9 EXECUTIVE CIRCLE, SUITE 230 IRVINE, CA  92614

| | | |
|---|---|---|
| **Lien File No.: 20240320055781** | **Filed: 03/20/2024 03:59 PM** | **Lapse: 03/20/2029 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):      MTF MANAGEMENT LLC, 37220 MEADOR LN, GEISMAR, LA  70734
MTF VENTURES LLC, 2516 EASTERN BOULEVARD, YORK, PA  17402
MTF ENTERPRISES LLC, 2516 EASTERN BOULEVARD, YORK, PA  17402
MTF HOLDINGS LLC, 135 WEST MAIN STREET, LEACOCK-LEOLA-BAREVILLE, PA  17540

Secured Party(s): NORTH MILL CREDIT TRUST, 9 EXECUTIVE CIRCLE, SUITE 230 IRVINE, CA  92614

| | | |
|---|---|---|
| **Lien File No.: 20240523122354** | **Filed: 05/23/2024 10:32 AM** | **Lapse: 05/23/2029 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):      MTF ENTERPRISES LLC, 400 CONWAY VILLAGE BOULEVARD, SUITE 207, GONZALES, LA
70737
MTF HOLDINGS LLC, 400 CONWAY VILLAGE BOULEVARD, SUITE 207, GONZALES, LA
70737

Secured Party(s): CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, PO BOX 2576
UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

| | | |
|---|---|---|
| **Lien File No.: 20250124014291** | **Filed: 01/24/2025 11:42 AM** | **Lapse: 01/24/2030 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):      MTF HOLDINGS LLC, 400 CONWAY VILLAGE BLVD STE 207, GONZALES, LA  70737

Secured Party(s): CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, PO BOX 2576
UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

| Lien Listing | | |
|---|---|---|
| **Lien File No.: 20250618170742** | **Filed: 06/18/2025 01:41 PM** | **Lapse: 06/18/2030 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):   MTF CHILDCARE L.L.C., 37220 MEADORE LN, GEISMAR, LA  70734
             MTF HOLDINGS LLC, 400 CONWAY VILLAGE BLVD SUITE 207, GONZALES, LA  70737

Secured Party(s):  C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700;
                   ATTN: SPRS, GLENDALE, CA  91203

| **Lien File No.: 20251024285172** | **Filed: 10/24/2025 11:16 AM** | **Lapse: 10/24/2030 11:59 PM** |
|---|---|---|
| Lien Type:   Financing Statement | | **Pages:2** |

Debtor(s):   MTF HOLDINGS LLC, 955 BENJAMIN FRANKLIN HWY, DOUGLASSVILLE, PA  19518
             MTF ENTERPRISES LLC, 955 BENJAMIN FRANKLIN HWY, DOUGLASSVILLE, PA  19518
             MTF CHILDCARE LLC, 955 BENJAMIN FRANKLIN HWY, DOUGLASSVILLE, PA  19518
             MICHAEL TODD FAY, 37220 MEADORE LANE, GEISMAR, LA  70734

Secured Party(s):  OCEAN FUNDING CORP, 2941 NW 62ND ST SUITE 101, FORT LAUDERDALE, FL  33309



**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

CIARDI CIARDI & ASTIN
DANIEL SIEDMAN
1905 SPRUCE STREET
PHILADELPHIA, PA  19103

Request Date:    01/08/2026 10:06 AM
UCC11 No.:        20260108004644

## UCC11 SEARCH REPORT

UCC Processed Through: 01/06/2026 11:59 PM

**Search Criteria:**

Debtor Organization: MTF ENTERPRISES, LLC
Request Type:    Lien Information Request (UCC 11)
Active (Unlapsed Records Only), List and All Copies

| Lien Listing |
|---|

**Lien File No.: 2022082301102**    Filed: 08/23/2022 12:39 PM    Lapse: 08/23/2027 12:00 AM
Lien Type:    Financing Statement                                 Pages:1

Debtor(s):    MTF ENTERPRISES LLC, 2148 PALOMINO RD, DOVER, PA 17315

Secured Party(s): C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700,
ATTN: SPRS, GLENDALE, CA 91203

**Lien File No.: 2022082500530**    Filed: 08/25/2022 10:43 AM    Lapse: 08/25/2027 12:00 AM
Lien Type:    Financing Statement                                 Pages:1

Debtor(s):    MTF ENTERPRISES LLC, 510 AIRPORT DR, CONCOURSE A, MIDDLETOWN, PA 17057

Secured Party(s): C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700;
ATTN: SPRS, GLENDALE, CA 91203

**Lien File No.: 20230920214480**    Filed: 09/20/2023 02:13 PM    Lapse: 09/20/2028 11:59 PM
Lien Type:    Financing Statement                                 Pages:1

Debtor(s):    MTF MANAGEMENT LLC, 37220 MEADOR LANE, GEISMAR, LA 70734
              MTF HOLDINGS LLC, 3033 SUMMER MEADOW DRIVE, DOUGLASSVILLE, PA 19518
              MTF ENTERPRISES LLC, 2516 EASTERN BOULEVARD, YORK, PA 17402

Secured Party(s): NORTH MILL CREDIT TRUST, 9 EXECUTIVE CIRCLE, SUITE 230 IRVINE, CA 92614

**Lien File No.: 20231006226830**    Filed: 10/06/2023 05:00 PM    Lapse: 10/06/2028 11:59 PM
Lien Type:    Financing Statement                                 Pages:4

Debtor(s):    MTF ENTERPRISES LLC, 1 TERMINAL DR, LEVEL 2, MIDDLETOWN, PA 17057

Secured Party(s): C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700;
ATTN: SPRS, GLENDALE, CA 91203

## Lien Listing

| | | |
|---|---|---|
| **Lien File No.: 20240320055781** | **Filed: 03/20/2024 03:59 PM** | **Lapse: 03/20/2029 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):        MTF MANAGEMENT LLC, 37220 MEADOR LN, GEISMAR, LA  70734
MTF VENTURES LLC, 2516 EASTERN BOULEVARD, YORK, PA  17402
MTF ENTERPRISES LLC, 2516 EASTERN BOULEVARD, YORK, PA  17402
MTF HOLDINGS LLC, 135 WEST MAIN STREET, LEACOCK-LEOLA-BAREVILLE, PA  17540

Secured Party(s):  NORTH MILL CREDIT TRUST, 9 EXECUTIVE CIRCLE, SUITE 230 IRVINE, CA  92614

| | | |
|---|---|---|
| **Lien File No.: 20240523122354** | **Filed: 05/23/2024 10:32 AM** | **Lapse: 05/23/2029 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):        MTF ENTERPRISES LLC, 400 CONWAY VILLAGE BOULEVARD, SUITE 207, GONZALES, LA  70737
MTF HOLDINGS LLC, 400 CONWAY VILLAGE BOULEVARD, SUITE 207, GONZALES, LA  70737

Secured Party(s):  CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, PO BOX 2576
UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

| | | |
|---|---|---|
| **Lien File No.: 20241218283325** | **Filed: 12/18/2024 11:52 AM** | **Lapse: 12/18/2029 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):        MTF ENTERPRISES LLC, 836 WEST MAIN STREET, NEW HOLLAND, PA  17557

Secured Party(s):  C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700;
ATTN: SPRS, GLENDALE, CA  91203

| | | |
|---|---|---|
| **Lien File No.: 20250107002144** | **Filed: 01/07/2025 08:09 AM** | **Lapse: 01/07/2030 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:1** |

Debtor(s):        MTF ENTERPRISES LLC, 2148 PALOMINO RD, DOVER, PA  17315

Secured Party(s):  C T CORPORATION SYSTEM, AS REPRESENTATIVE, 330 N BRAND BLVD, SUITE 700,
ATTN: SPRS GLENDALE, CA  91203

| | | |
|---|---|---|
| **Lien File No.: 20251024285172** | **Filed: 10/24/2025 11:16 AM** | **Lapse: 10/24/2030 11:59 PM** |
| Lien Type:   Financing Statement | | **Pages:2** |

Debtor(s):        MTF HOLDINGS LLC, 955 BENJAMIN FRANKLIN HWY, DOUGLASSVILLE, PA  19518
MTF ENTERPRISES LLC, 955 BENJAMIN FRANKLIN HWY, DOUGLASSVILLE, PA  19518
MTF CHILDCARE LLC, 955 BENJAMIN FRANKLIN HWY, DOUGLASSVILLE, PA  19518
MICHAEL TODD FAY, 37220 MEADORE LANE, GEISMAR, LA  70734

Secured Party(s):  OCEAN FUNDING CORP, 2941 NW 62ND ST SUITE 101, FORT LAUDERDALE, FL  33309

CORPORATION OUTFITS

*Corporation Service for Attorneys*

STOCK AND BOND CERTIFICATES
MINUTE BOOKS, SEALS

## M. BURR KEIM COMPANY

2021 ARCH STREET
PHILADELPHIA, PA 19103-1491
(215) 563-8113     1-800-533-8113
FAX (215) 977-9386
*www.mburrkeim.com*

TO: Daniel S. Siedman, Esquire                    Date: January 14, 2026

RE: *MTF MANAGEMENT, LLC*

We have caused a search to be performed on the above referenced for UCC Financing Statements;

The searches revealed the following:

*LOUISIANA SECRETARY OF STATE* (UCC Financing Statements through 12/23/2025)

7 filings on record (see attached copies)

*WE ACCEPT LIABILITY FOR SEARCHES ONLY UP TO THE AMOUNT OF OUR INVOICE.
NOTE: We provide you with the most accurate information possible.   However, the ultimate responsibility for
maintaining files rests with the filing officer and we will accept no Liability for errors and omissions.
This information should be judged accordingly.

END REPORT

**STATE OF LOUISIANA**
**UCC-1 FILING**
**(R.S. 10:9)**

Parish: ACADIA (01)

**Debtor:**

MTF MANAGEMENT LLC
400 Conway Village Blvd Suite 207
Gonzales, LA 70737

MICHAEL TODD FAY
37220 MEADORE LANE
GEISMAR, LA 70734

**Secured Parties:**

OCEAN FUNDING CORP
LASOSUCCFilingsV3@cscglobal.com
2941 NW 62ND ST SUITE 101
FORT LAUDERDALE, FL 33309

> Laura Trahan Faul
> **ACADIA PARISH CLERK OF COURT**
> UCC # 01-20252083
> Recorded On: 9/4/2025 10:03 AM

*Database*
*01-20252083*
*9/4/2025*

**Collateral:**

This financing statement covers the following collateral:
SECURITY INTEREST. THIS AGREEMENT WILL CONSTITUTE A SECURITY
AGREEMENT UNDER THE UNIFORM COMMERCIAL CODE. TO SECURE
MERCHANT'S OBLIGATIONS UNDER THE REVENUE PURCHASE
AGREEMENT TO MAKE AVAILABLE OR DELIVER PURCHASED AMOUNT TO
OFC AND OFC'S RIGHT TO REALIZE THE PURCHASED AMOUNT, AS AND TO
THE EXTENT REQUIRED BY THE TERMS OF THE REVENUE PURCHASE
AGREEMENT, AND PERFORMANCE OF AND COMPLIANCE BY MERCHANT
WITH ITS OTHER UNDERTAKINGS AND AGREEMENTS HEREIN, MERCHANT
AND GUARANTOR(S)(S) GRANTS TO OFC A SECURITY INTEREST IN AND
LIEN UPON: (A) ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS,
EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY,
AS THOSE TERMS ARE EACH DEFINED IN ARTICLE 9 OF THE UNIFORM
COMMERCIAL CODE (THE "UCC"), NOW OR HEREAFTER OWNED OR
ACQUIRED BY MERCHANT AND/OR GUARANTOR(S)(S), (B) ALL PROCEEDS,
AS THAT TERM IS DEFINED IN ARTICLE 9 OF THE UCC (C) ALL FUNDS AT
ANY TIME IN THE MERCHANT'S AND/OR GUARANTOR(S)(S) ACCOUNT,
REGARDLESS OF THE SOURCE OF SUCH FUNDS, (D) PRESENT AND FUTURE
ELECTRONIC CHECK TRANSACTIONS, AND (E) ANY AMOUNT WHICH MAY
BE DUE TO OFC UNDER THIS AGREEMENT, INCLUDING BUT NOT LIMITED
TO ALL RIGHTS TO RECEIVE ANY PAYMENTS OR CREDITS UNDER THIS
AGREEMENT (COLLECTIVELY, THE "SECURED ASSETS"). MERCHANT
AGREES TO PROVIDE OTHER SECURITY TO OFC UPON REQUEST TO
SECURE MERCHANT'S OBLIGATIONS UNDER THIS AGREEMENT.
MERCHANT AGREES THAT, IF AT ANY TIME THERE ARE INSUFFICIENT
FUNDS IN MERCHANT'S ACCOUNT TO COVER OFC'S ENTITLEMENTS

01-20252083
Page# 2 of 4

UNDER THIS AGREEMENT, OFC IS GRANTED A FURTHER SECURITY
INTEREST IN ALL OF MERCHANT'S ASSETS OF ANY KIND WHATSOEVER,
AND SUCH ASSETS SHALL THEN BECOME SECURED ASSETS. THESE
SECURITY INTERESTS AND LIENS WILL SECURE ALL OF OFC'S
ENTITLEMENTS UNDER THIS AGREEMENT AND ANY OTHER AGREEMENTS
NOW EXISTING OR LATER ENTERED INTO BETWEEN MERCHANT, OFC, OR
AN AFFILIATE OF OFC IS AUTHORIZED TO FILE ANY NOTICES OR FILINGS
IT DEEMS NECESSARY OR APPROPRIATE TO ENFORCE ITS ENTITLEMENTS
HEREUNDER. IN THE EVENT MERCHANT, ANY OF ITS OFFICERS OR
DIRECTORS, OR ANY OWNER/GUARANTOR(S), DURING THE TERM OF THE
REVENUE PURCHASE AGREEMENT OR WHILE MERCHANT REMAINS
LIABLE TO OFC FOR ANY OBLIGATIONS UNDER THE REVENUE PURCHASE
AGREEMENT, DIRECTLY OR INDIRECTLY, INCLUDING ACTING BY,
THROUGH OR IN CONJUNCTION WITH ANY OTHER PERSON, CAUSES TO BE
FORMED A NEW ENTITY OR OTHERWISE BECOMES ASSOCIATED WITH
ANY NEW OR EXISTING ENTITY, WHETHER CORPORATE, PARTNERSHIP,
LIMITED LIABILITY COMPANY OR WHICH OPERATES A BUSINESS SIMILAR
TO OR COMPETITIVE WITH THAT OF MERCHANT, SUCH ENTITY SHALL BE
DEEMED TO HAVE EXPRESSLY ASSUMED THE OBLIGATIONS DUE OFC
UNDER THE REVENUE PURCHASE AGREEMENT. CONCERNING ANY SUCH
ENTITY, OFC SHALL BE DEEMED TO HAVE BEEN GRANTED AN
IRREVOCABLE POWER OF ATTORNEY WITH AUTHORITY TO FILE, NAMING
SUCH NEWLY FORMED OR EXISTING ENTITY AS DEBTOR, AN INITIAL UCC
FINANCING STATEMENT AND TO HAVE IT FILED WITH ANY APPROPRIATE
UCC FILING OFFICES. OFC SHALL BE HELD HARMLESS BY MERCHANT
AND EACH OWNER/GUARANTOR(S) AND BE RELIEVED OF ANY LIABILITY
AS A RESULT OF ANY SUCH AUTHENTICATION AND FILING OF ANY SUCH
FINANCING STATEMENT OR THE RESULTING PERFECTION OR ITS
OWNERSHIP RIGHTS OR SECURITY INTERESTS IN SUCH ENTITY'S ASSETS.
OFC SHALL HAVE THE RIGHT TO NOTIFY SUCH ENTITY'S PAYORS OR
ACCOUNT DEBTOR (AS DEFINED BY THE UCC) OF OFC'S RIGHTS,
INCLUDING WITHOUT LIMITATION, OFC'S RIGHT TO COLLECT ALL
ACCOUNTS AND TO NOTIFY ANY PAYMENT CARD PROCESSOR OR
CREDITOR OF SUCH ENTITY THAT OFC HAS SUCH RIGHTS IN SUCH
ENTITY'S ASSETS. MERCHANT ALSO AGREES THAT, AT THE OFC'S
DISCRETION, OFC MAY CHOOSE TO AMEND ANY EXISTING FINANCING
STATEMENT TO INCLUDE ANY SUCH NEWLY FORMED ENTITY AS THE
DEBTOR. THIS SECURITY INTEREST MAY BE EXERCISED BY OFC WITHOUT
NOTICE OR DEMAND OF ANY KIND BY MAKING AN IMMEDIATE
WITHDRAWAL OR FREEZING THE SECURED ASSETS. OFC SHALL HAVE
THE RIGHT TO NOTIFY ACCOUNT DEBTORS AT ANY TIME. UNDER
ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE, AS AMENDED FROM
TIME TO TIME, OFC HAS CONTROL OVER AND MAY DIRECT THE
DISPOSITION OF THE SECURED ASSETS, WITHOUT FURTHER CONSENT OF
THE MERCHANT. MERCHANT HEREBY REPRESENTS AND WARRANTS

THAT NO OTHER PERSON OR ENTITY HAS A SECURITY INTEREST IN THE
SECURED ASSETS. CONCERNING SUCH SECURITY INTERESTS AND LIENS,
OFC WILL HAVE ALL RIGHTS AFFORDED UNDER THE UNIFORM
COMMERCIAL CODE, ANY OTHER APPLICABLE LAW, AND EQUITY.
MERCHANT WILL OBTAIN FROM OFC WRITTEN CONSENT BEFORE
GRANTING A SECURITY INTEREST OF ANY KIND IN THE SECURED ASSETS
TO A THIRD PARTY. MERCHANT AND GUARANTOR(S) (S) AGREE(S) THAT
THIS IS A CONTRACT OF RECOUPMENT AND OFC IS NOT REQUIRED TO
FILE A MOTION FOR RELIEF FROM A BANKRUPTCY ACTION AUTOMATIC
STAY TO REALIZE ANY OF THE SECURED ASSETS. NEVERTHELESS,
MERCHANT AND GUARANTOR(S)(S) AGREE(S) NOT TO CONTEST OR
OBJECT TO ANY MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED
BY OFC. MERCHANT AND GUARANTOR(S)(S) AGREE(S) TO EXECUTE AND
DELIVER TO OFC SUCH INSTRUMENTS AND DOCUMENTS OFC MAY
REASONABLY REQUEST TO PERFECT AND CONFIRM THE LIEN, SECURITY
INTEREST, AND RIGHT OF SETOFF OUTLINED IN THIS AGREEMENT. OFC IS
AUTHORIZED TO EXECUTE ALL SUCH INSTRUMENTS AND DOCUMENTS IN
MERCHANT'S AND GUARANTOR(S)(S) NAME. MERCHANT AND
GUARANTOR(S)(S) EACH ACKNOWLEDGE AND AGREE THAT ANY
SECURITY INTEREST GRANTED TO OFC UNDER ANY OTHER AGREEMENT
BETWEEN MERCHANT OR GUARANTOR(S)(S) AND OFC (THE "CROSS-
COLLATERAL") WILL SECURE THE OBLIGATIONS HEREUNDER AND
UNDER THE MERCHANT AGREEMENT. MERCHANT AND GUARANTOR(S)(S)
EACH AGREE TO EXECUTE ANY DOCUMENTS OR TAKE ANY ACTION IN
CONNECTION WITH THIS AGREEMENT AS OFC DEEMS NECESSARY TO
PERFECT OR MAINTAIN OFC'S PRIORITY SECURITY INTEREST IN THE
COLLATERAL AND THE ADDITIONAL COLLATERAL, INCLUDING THE
EXECUTION OF ANY ACCOUNT CONTROL AGREEMENTS. MERCHANT AND
GUARANTOR(S)(S) EACH HEREBY AUTHORIZES OFC TO FILE ANY
FINANCING STATEMENTS DEEMED NECESSARY BY OFC TO PERFECT OR
MAINTAIN OFC'S SECURITY INTEREST. MERCHANT AND GUARANTOR(S)(S)
SHALL BE LIABLE FOR, AND OFC MAY CHARGE AND COLLECT, ALL COSTS
AND EXPENSES, INCLUDING BUT NOT LIMITED TO ATTORNEY'S FEES,
WHICH MAY BE INCURRED BY OFC IN PROTECTING, PRESERVING, AND
ENFORCING OFC'S SECURITY INTEREST AND RIGHTS. NEGATIVE PLEDGE.
MERCHANT AND GUARANTOR(S)(S) EACH AGREE NOT TO CREATE, INCUR,
ASSUME, OR PERMIT TO EXIST, DIRECTLY OR INDIRECTLY, ANY LIEN ON
OR CONCERNING ANY OF THE COLLATERAL OR THE ADDITIONAL
COLLATERAL, AS APPLICABLE. CONSENT TO ENTER PREMISES AND
ASSIGN LEASE. OFC SHALL HAVE THE RIGHT TO CURE THE MERCHANT'S
DEFAULT IN THE PAYMENT OF RENT ON THE FOLLOWING TERMS. IN THE
EVENT MERCHANT IS SERVED WITH PAPERS IN AN ACTION AGAINST
MERCHANT FOR NONPAYMENT OF RENT OR SUMMARY EVICTION, OFC
MAY EXECUTE ITS RIGHTS AND REMEDIES UNDER THE ASSIGNMENT OF
LEASE. MERCHANT ALSO AGREES THAT OFC MAY AGREE WITH

MERCHANT'S LANDLORD GIVING OFC THE RIGHT: (A) TO ENTER
MERCHANT'S PREMISES AND TO TAKE POSSESSION OF THE FIXTURES AND
EQUIPMENT THEREIN TO PROTECT AND PRESERVE SAME; AND/OR (B) TO
ASSIGN MERCHANT'S LEASE TO ANOTHER QUALIFIED BUSINESS CAPABLE
OF OPERATING A BUSINESS COMPARABLE TO MERCHANT'S AT SUCH
PREMISES. REMEDIES. UPON ANY EVENT OF DEFAULT, OFC MAY PURSUE
ANY REMEDY AVAILABLE AT LAW (INCLUDING THOSE AVAILABLE
UNDER THE PROVISIONS OF THE UCC), OR IN EQUITY TO COLLECT,
ENFORCE, OR SATISFY ANY OBLIGATIONS THEN OWING TO OFC,
WHETHER BY ACCELERATION OR OTHERWISE. PROPERTY OF OCEAN
FUNDING CORP. AS SECURITY FOR THE PROMPT AND COMPLETE
PAYMENT AND PERFORMANCE OF ANY AND ALL LIABILITIES,
OBLIGATIONS, COVENANTS OR AGREEMENTS OF THE SELLER PURSUANT
TO THIS AGREEMENT (COLLECTIVELY, THE "OBLIGATIONS"), THE SELLER
HEREBY PLEDGES, ASSIGNS AND HYPOTHECATES TO THE PRIORITY LIEN
UPON AND SECURITY INTEREST IN ALL OF THE SELLER'S RIGHTS, TITLES
AND INTEREST IN ALL ACCOUNTS, INCLUDING, BUT NOT LIMITED TO:
DEPOSIT ACCOUNTS, ACCOUNTS RECEIVABLES, OTHER RECEIVABLES,
CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES,
INSTRUMENTS AND INVENTORY (COLLECTIVELY, THE "COLLATERAL"),
WHETHER NOW EXISTING OR HEREINAFTER ACQUIRED.

**Short Description:**
SECURITY INTEREST. THIS AGREEMENT WILL CONSTITUTE A SECURITY
AGREEMENT UNDER THE UNIFORM COMMERCIAL CODE. TO SECURE
MERCHANT'S OBLIGATIONS UNDER THE REVENUE PURCHASE
AGREEMENT TO MAKE AVAILABLE OR DELIVER PURCHASED AMOUNT TO
OFC AND OFC'S RIGHT TO REALIZE THE PURCHASED AMOUNT, AS AND TO
THE EXTENT R

**Additional Debtor Information:**

**Collateral Is:**

**Alternative Designation Is:**N/A

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature:** Corporation Service Company  (09/04/2025)

```
┌─────────────────────────────────┐
│        Stacey Hurst             │
│  Allen Parish Clerk of Court    │
│      UCC # 02-20250049          │
│ Recorded On: 1/24/2025 11:28 AM │
│      Claudia Colquette          │
│        Deputy Clerk             │
└─────────────────────────────────┘
```

**STATE OF LOUISIANA**
**UCC-1 FILING**
**(R.S. 10:9)**

Database
02-20250049
1/24/2025

**Parish:** ALLEN (02)

**Debtor:**

MTF MANAGEMENT LLC
400 CONWAY VILLAGE BLVD STE 207
GONZALES, LA 70737

**Secured Parties:**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
LASOSUCCFilingsV3@cscglobal.com
PO Box 2576 UCCSPREP@CSCINFO.COM
Springfield, IL 62708

**Collateral:**

This financing statement covers the following collateral:
ALL OF DEBTOR'S PRESENT AND FUTURE ACCOUNTS, CHATTEL PAPER,
DEPOSIT ACCOUNTS, DOCUMENTS, PERSONAL PROPERTY, GENERAL
INTANGIBLES, INSTRUMENTS, EQUIPMENT (INCLUDING ASSETS AND
FIXTURES), INVENTORY AND PROCEEDS, EACH AS DEFINED IN ARTICLE 9
OF THE UNIFORM COMMERCIAL CODE, WHETHER NOW OR HEREAFTER
OWNED OR ACQUIRED BY DEBTOR AND WHEREVER LOCATED, AND ALL
PROCEEDS OF ANY SUCH PROPERTY. SECURED PARTY HOLDS A FIRST
PRIORITY CONTINUING SECURITY INTEREST IN THE FOREGOING
COLLATERAL. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR
AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER
ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER
ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS
INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH
ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A
SECURITY INTEREST IN DEBTOR'S, ACCOUNTS, CHATTEL PAPER OR
GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY
ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH
ENTITY.

**Short Description:**
ALL OF DEBTOR'S PRESENT AND FUTURE ACCOUNTS, CHATTEL PAPER,
DEPOSIT ACCOUNTS, DOCUMENTS, PERSONAL PROPERTY, GENERAL
INTANGIBLES, INSTRUMENTS, EQUIPMENT (INCLUDING ASSETS AND
FIXTURES), INVENTORY AND PROCEEDS, EACH AS DEFINED IN ARTICLE 9
OF THE UNIFORM COMMERCIAL CODE, WHETHER NOW OR HEREAFTER
OWNED

**Additional Debtor Information:**

**Collateral is:**

02-20250049
Page# 2 of 2

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature:** Corporation Service Company (01/24/2025)



Ascension Parish Clerk of Court
607 E. Worthey St.,
1st Floor
Gonzales, LA 70737
Phone (225) 621-8400



Clerk use only

**Bridget Hanna**
Clerk of Court
Parish of Ascension

**UCC Number: 03-97226**

**Book/Index:** UCC
**Document Type:** UCC-1 FINANCING STATEMENT
**Recording Date:** 5/23/2024 10:34:09 AM
**Page Count:** 7   not including this page

**Grantor 1:** MTF GROUP LLC
**Grantee 1:** CORPORATION SERVICE COMPANY AS
REPRESENTATIVE

UCC: 03-97226

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.



*Brett Landry*
**Brett Landry, Deputy Clerk**

DCtCbCiSe
03-97226
5|23|24

### STATE OF LOUISIANA
### UCC-1 FILING
### (R.S. 10:9)

**Parish:** ASCENSION (03)

**Debtor:**

MTF Group LLC
400 Conway Village Boulevard, Suite 207
Gonzales, LA 70737

MTF Management LLC
37220 Meadore Lane
Geismar, LA 70734

MTF Ventures LLC
400 Conway Village Boulevard, Suite 207
Gonzales, LA 70737

**Secured Parties:**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
LASOSUCCFilingsV3@cscglobal.com
PO BOX 2576 UCCSPREP@cscinfo.com
Springfield, IL 62708

**Collateral:**

This financing statement covers the following collateral:
2 SUBWAY ACQUISITIONS, TOGETHER WITH ANY AND ALL OTHER EQUIPMENT,
MACHINERY, GOODS, PERSONAL AND OTHER PROPERTY AND RELATED COSTS,
HOWEVER DESCRIBED, WHETHER NOW OR HEREAFTER EXISTING, AND WHEREVER
LOCATED, PURCHASED, PAID FOR, LEASED OR FINANCED BY SECURED PARTY TO
DEBTOR UNDER EFA SCHEDULE NO. MTFG_001 TO MASTER EQUIPMENT FINANCE
AGREEMENT NO. 2063533, TOGETHER WITH ANY AND ALL ATTACHMENTS,
REPLACEMENTS, PARTS, SUBSTITUTIONS, ADDITIONS, ENHANCEMENTS, REPAIRS,
ACCESSIONS AND ACCESSORIES THERETO, AND INSURANCE, LEASE, SUBLEASE
AND OTHER PROCEEDS AND PRODUCTS THEREOF. THIS TRANSACTION REPRESENTS
A LEASE AND THIS FILING IS FOR PRECAUTIONARY AND INFORMATIONAL
PURPOSES ONLY.

**Short Description:**
2 SUBWAY ACQUISITIONS, TOGETHER WITH ANY AND ALL OTHER EQUIPMENT,
MACHINERY, GOODS, PERSONAL AND OTHER PROPERTY AND RELATED COSTS,
HOWEVER DESCRIBED, WHETHER NOW OR HEREAFTER EXISTING, AND WHEREVER
LOCATED, PURCHASED, PAID FOR, LEASED OR FINANCED BY SECURED PARTY TO
DEBTOR UNDER EFA SCHEDULE NO. MTF

**Additional Debtor Information:**

**Collateral is:**

**Alternative Designation is:** N/A

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to
fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature:** Corporation Service Company  (05/23/2024)

UCC: 03-97228; Page: 1; Filed: 5/23/2024 10:34:09 AM [ascension: BL]

ADDITIONAL PAGE(S)
ATTACHED: _____

Parish: CADDO (09)

Debtor:

MTF Management LLC
931445541
37220 Meador Lane
Geismar, LA 70734

MTF Holdings LLC
3033 Summer Meadow Drive
Douglassville, PA 19518

MTF Enterprises LLC
883303929
2516 Eastern Boulevard
York, PA 17402

Secured Parties:

North Mill Credit Trust
uccfilingreturn@wolterskluwer.com
9 Executive Circle
Suite 230
Irvine, CA 92614

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

```
Mike Spence
CADDO PARISH CLERK OF COURT
UCC # 09-1544061
Recorded On: 9/21/2023 10:13 AM
Number of Pages: 2
Felicia Gilliam
DEPUTY CLERK
```

Collateral:

This financing statement covers the following collateral:
ALL ASSETS AND PROPERTIES OF THE DEBTOR, WHETHER TANGIBLE OR
INTANGIBLE AND NOW OWNED OR HEREAFTER ACQUIRED, AND ALL
PROCEEDS THEREOF, INCLUDING (BUT NOT LIMITED TO) ALL ASSETS OF
DEBTOR RELATING TO THE BUSINESS AND OPERATIONS OF DEBTOR
LOCATED AT: SUBWAY STORE# 5315 LOCATED AT 104 PLEASANT ST,
BRUNSWICK, ME 04011 SUBWAY STORE# 11031 193 WATER ST, BATH, ME
04530 SUBWAY STORE# 15335 681 BATH RD STE 4, WISCASSET, ME 04578
SUBWAY STORE# 47081 5 RIDGE RD, RICHMOND, ME 04357 SUBWAY
STORE# 11930 568 LISBON ST, LISBON FALLS, ME 04252 SUBWAY STORE#
17662 RD. 27 989 WISCASSET RD. BOOTHBAY, ME 04537 INCLUDING ALL
APPLIANCES, EQUIPMENT AND OTHER PHYSICAL ASSETS LOCATED AT
AND/OR UTILIZED IN CONNECTION WITH THESE DEBTOR'S SUBWAY
FRANCHISE BUSINESS STORES.

Short Description:
SEE FULL COLLATERAL DESCRIPTION

Additional Debtor Information:

Collateral is:

09-1544061
Page# 2 of 2

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

Electronic Signature:   (09/20/2023)

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Parish: CADDO (09)

Debtor:

MTF Management LLC
931445541
37220 Meador Ln
Geismar, LA 70734

Secured Parties:

North Mill Credit Trust
ucofilingreturn@wolterskluwer.com
9 Executive Circle
Suite 230
Irvine, CA 92614

Collateral:

This financing statement covers the following collateral:
ALL ASSETS AND PROPERTIES OF THE DEBTOR, WHETHER TANGIBLE OR
INTANGIBLE AND NOW OWNED OR HEREAFTER ACQUIRED, AND ALL
PROCEEDS THEREOF, INCLUDING (BUT NOT LIMITED TO) ALL ASSETS OF
DEBTOR RELATING TO THE BUSINESS AND OPERATIONS OF DEBTOR
LOCATED AT: STORE # 5315 @ 104 PLEASANT ST, BRUNSWICK, ME 04011
STORE #11031 @ 193 WATER ST, BATH, ME 04530 STORE# 15335 @ 681 BATH
RD STE 4, WISCASSET, ME 04578 STORE# 47081 @ 5 RIDGE RD, RICHMOND,
ME 04357 STORE# @ 11930 568 LISBON ST, LISBON FALLS, ME 04252 STORE#
17662 @ RT. 27 989, WISCASSET RD, BOOTHBAY, ME 04237 INCLUDING ALL
APPLIANCES, EQUIPMENT AND OTHER PHYSICAL ASSETS LOCATED AT
AND/OR UTILIZED IN CONNECTION WITH THESE DEBTOR'S SUBWAY
FRANCHISE BUSINESS STORES.

Short Description:
SEE FULL COLLATERAL DESCRIPTION

Additional Debtor Information:

Collateral is:

Alternative Designation is:N/A

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133..
By typing my name below, I hereby certify that I am authorized to file this transaction.

Electronic Signature:  (10/18/2023)

Mike Spence
CADDO PARISH CLERK OF COURT
UCC # 09-1546317
Recorded On: 10/19/2023 9:25 AM
Number of Pages: 1
Shannon Fulco
DEPUTY CLERK

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Parish: CADDO (09)

Debtor:

MTF Management LLC
931445541
37220 Meador Ln
Geismar, LA 70734

MTF Ventures LLC
2516 Eastern Boulevard
York, PA 17402

MTF Enterprises LLC
883303929
2516 Eastern Boulevard
York, PA 17402

MTF Holdings LLC
825296159
135 West Main Street
Leacock-Leola-Bareville, PA 17540

Secured Parties:

North Mill Credit Trust
uccfilingreturn@wolterskluwer.com
9 Executive Circle
Suite 230
Irvine, CA 92614

**Mike Spence
CADDO PARISH CLERK OF COURT
UCC # 09-1558627
Recorded On: 3/21/2024 9:38 AM
Number of Pages: 2
Molly Meleton
Deputy Clerk**

Collateral:

This financing statement covers the following collateral:
ALL ASSETS AND PROPERTIES OF THE DEBTOR, WHETHER TANGIBLE OR
INTANGIBLE AND NOW OWNED OR HEREAFTER ACQUIRED, AND ALL
PROCEEDS THEREOF, INCLUDING (BUT NOT LIMITED TO) ALL ASSETS OF
DEBTOR RELATING TO THE BUSINESS AND OPERATIONS OF DEBTOR
LOCATED AT: 58 OSSIPEE TRAIL EAST STANDISH, ME 04084 (FRANCHISE
STORE #15637) 615 MAIN ST. WESTBROOK, ME 0409 (FRANCHISE STORE
#27725) INCLUDING ALL APPLIANCES, EQUIPMENT AND OTHER PHYSICAL
ASSETS LOCATED AT AND/OR UTILIZED IN CONNECTION WITH THESE
DEBTOR'S SUBWAY FRANCHISE BUSINESS STORES.

Short Description:
SEE FULL COLLATERAL DESCRIPTION

Additional Debtor Information:

Collateral is:

09-1558627
Page# 2 of 2

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.
Electronic Signature:  (03/20/2024)

Mike Spence
CADDO PARISH CLERK OF COURT
UCC # 09-1596457
Recorded On: 6/24/2025 7:57 AM
Number of Pages: 2
Felicia Gilliam
DEPUTY CLERK

Page 1 of 2

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Parish: CADDO (09)

Debtor:

MTF MANAGEMENT LLC
400 Conway Village Blvd Suite 207
Gonzales, LA 70737

MTF VENTURES LLC
400 CONWAY VILLAGE BLVD Suite 207
Gonzales, LA 70737

MTF ENTERPRISES LLC
400 CONWAY VILLAGE BLVD Suite 207
Gonzales, LA 70737

MTF GROUP LLC
400 CONWAY VILLAGE BLVD STE 207
GONZALES, LA 70737

MTF CHILDCARE LLC
400 CONWAY VILLAGE BLVD SUITE 207
Gonzales, LA 70737

Secured Parties:

C T CORPORATION SYSTEM, AS REPRESENTATIVE
uccfilingreturn@wolterskluwer.com
330 N Brand Blvd, Suite 700; Attn: SPRS
Glendale, CA 91203

Collateral:

This financing statement covers the following collateral:
ACCOUNTS, PAYMENT INTANGIBLES, LETTER OF CREDIT RIGHTS, IN EACH
CASE, AS DEFINED IN ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE,
AND RIGHTS TO PAYMENT OF ANY KIND, INCLUDING CHOSE IN KIND,
WHETHER ANY OF THE FORGOING IS OWNED NOW OR ACQUIRED LATER;
ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING; AND
ALL PROCEEDS RELATING TO ANY OF THE FOREGOING.

Short Description:
SEE FULL COLLATERAL DESCRIPTION

Additional Debtor Information:

Collateral is:

Alternative Designation is:N/A



Page 2 of 2

By typing my name below, I hereby certify that I am authorized to file this transaction.
Electronic Signature:    (06/18/2025)

*Corporation Service for Attorneys*

CORPORATION OUTFITS

STOCK AND BOND CERTIFICATES
MINUTE BOOKS, SEALS

# M. BURR KEIM COMPANY

2021 ARCH STREET
PHILADELPHIA, PA 19103-1491
(215) 563-8113    1-800-533-8113
FAX (215) 977-9386
*www.mburrkeim.com*

TO: Daniel S. Siedman, Esquire                Date: January 14, 2026

RE: *MTF VENTURES, LLC*

We have caused a search to be performed on the above referenced for UCC Financing Statements;

The searches revealed the following:

*LOUISIANA SECRETARY OF STATE* (UCC Financing Statements through 12/23/2025)

14 filings on record (see attached copies)

*WE ACCEPT LIABILITY FOR SEARCHES ONLY UP TO THE AMOUNT OF OUR INVOICE.
NOTE: We provide you with the most accurate information possible.  However, the ultimate responsibility for
maintaining files rests with the filing officer and we will accept no Liability for errors and omissions.
This information should be judged accordingly.

END REPORT

*Corporation Service for Attorneys*

CORPORATION OUTFITS

STOCK AND BOND CERTIFICATES
MINUTE BOOKS, SEALS

## M. BURR KEIM COMPANY

2021 ARCH STREET
PHILADELPHIA, PA 19103-1491
(215) 563-8113    1-800-533-8113
FAX (215) 977-9386
*www.mburrkeim.com*

TO: Daniel S. Siedman, Esquire                    Date: January 14, 2026

RE: *MTF GROUP, LLC*

We have caused a search to be performed on the above referenced for UCC Financing Statements;

The searches revealed the following:

*LOUISIANA SECRETARY OF STATE* (UCC Financing Statements through 12/23/2025)

7 filings on record (see attached copies)

*WE ACCEPT LIABILITY FOR SEARCHES ONLY UP TO THE AMOUNT OF OUR INVOICE.
NOTE: We provide you with the most accurate information possible.   However, the ultimate responsibility for
maintaining files rests with the filing officer and we will accept no Liability for errors and omissions.
This information should be judged accordingly.

END REPORT

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
CSC 1-800-858-5294

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
4586 354
CSC                                    Filed In: LA
801 Adlai Stevenson Drive              Acadia Parish
Springfield, IL 62703
```

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**Laura Trahan Faul**
**ACADIA PARISH CLERK OF COURT**
**UCC # 01-20252624**
**Recorded On: 11/3/2025 11:02 AM**

Database
01-20252624
11/3/2025

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| FAY | MICHAEL | TODD | |

| 1c. MAILING ADDRESS 37220 MEADORE LANE | CITY GEISMAR | STATE LA | POSTAL CODE 70734 | COUNTRY USA |
|---|---|---|---|---|

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME MTF VENTURES LLC | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS 400 CONWAY VILLAGE BLVD STE 207 | CITY GONZALES | STATE LA | POSTAL CODE 70737 | COUNTRY USA |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME OCEAN FUNDING CORP | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS 2941 NW 62ND ST SUITE 101 | CITY FORT LAUDERDALE | STATE FL | POSTAL CODE 33309 | COUNTRY USA |
|---|---|---|---|---|

**4. COLLATERAL:** This financing statement covers the following collateral:

As security for the prompt and complete payment and performance of any and all liabilities, obligations, covenants or agreements of the Seller pursuant to this Agreement (collectively, the "Obligations"), the Seller hereby pledges, assigns and hypothecates to the priority lien upon and security interest in all of the Seller's rights, titles and interest in all accounts, including, but not limited to: deposit accounts, accounts receivables, other receivables, chattel paper, documents, equipment, general intangibles, instruments and inventory (collectively, the "Collateral"), whether now existing or hereinafter acquired.

**5. Check only if applicable and check only one box:** Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

**6a. Check only if applicable and check only one box:**
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

**6b. Check only if applicable and check only one box:**
☐ Agricultural Lien    ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

4586 354

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

01-20252624
Page# 3 of 4

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME | |
|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FAY |
| | FIRST PERSONAL NAME |
| | MICHAEL |
| | ADDITIONAL NAME(S)/INITIAL(S) |
| | TODD |

SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | MTF CHILDCARE L.L.C. | | | | |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 CONWAY VILLAGE BLVD STE 207 | GONZALES | LA | 70737 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only **one** name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

01-20252624
Page# 4 of 4



## SECURITY AGREEMENT

Security Interest. This Agreement will constitute a security agreement under the Uniform Commercial Code. To secure Merchant's obligations under the Revenue Purchase Agreement to make available or deliver Purchased Amount to OFC and OFC'S right to realize the Purchased Amount, as and to the extent required by the terms of the Revenue Purchase Agreement, and performance of and compliance by Merchant with its other undertakings and agreements herein, Merchant and Guarantor(s)(s) grants to OFC a security interest in and lien upon: (a) all accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are each defined in Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Merchant and/or Guarantor(s)(s), (b) all proceeds, as that term is defined in Article 9 of the UCC (c) all funds at any time in the Merchant's and/or Guarantor(s)(s) Account, regardless of the source of such funds,

(d) present and future Electronic Check Transactions, and (e) any amount which may be due to OFC under this Agreement, including but not limited to all rights to receive any payments or credits under this Agreement (collectively, the "Secured Assets"). Merchant agrees to provide other security to OFC upon request to secure Merchant's obligations under this Agreement. Merchant agrees that, if at any time there are insufficient funds in Merchant's Account to cover OFC'S entitlements under this Agreement, OFC is granted a further security interest in all of Merchant's assets of any kind whatsoever, and such assets shall then become Secured Assets. These security interests and liens will secure all of OFC'S entitlements under this Agreement and any other agreements now existing or later entered into between Merchant, OFC, or an affiliate of OFC is authorized to file any notices or filings it deems necessary or appropriate to enforce its entitlements hereunder.

In the event Merchant, any of its officers or directors, or any Owner/Guarantor(s), during the term of the Revenue Purchase Agreement or while Merchant remains liable to OFC for any obligations under the Revenue Purchase Agreement, directly or indirectly, including acting by, through or in conjunction with any other person, causes to be formed a new entity or otherwise becomes associated with any new or existing entity, whether corporate, partnership, limited liability company or which operates a business similar to or competitive with that of Merchant, such entity shall be deemed to have expressly assumed the obligations due OFC under the Revenue Purchase Agreement. Concerning any such entity, OFC shall be deemed to have been granted an irrevocable power of attorney with authority to file, naming such newly formed or existing entity as debtor, an initial UCC financing Statement and to have it filed with any appropriate UCC filing offices. OFC shall be held harmless by Merchant and each Owner/Guarantor(s) and be relieved of any liability as a result of any such authentication and filing of any such Financing Statement or the resulting perfection of its ownership rights or security interests in such entity's assets. OFC shall have the right to notify such entity's payors or account debtor (as defined by the UCC) of OFC'S rights, including without limitation, OFC'S right to collect all accounts and to notify any payment card processor or creditor of such entity that OFC has such rights in such entity's assets. Merchant also agrees that, at the OFC'S discretion, OFC may choose to amend any existing financing statement to include any such newly formed entity as the debtor.

This security interest may be exercised by OFC without notice or demand of any kind by making an immediate withdrawal or freezing the Secured Assets. OFC shall have the right to notify account debtors at any time. Under Article 9 of the Uniform Commercial Code, as amended from time to time, OFC has control over and may direct the disposition of the Secured Assets, without further consent of the Merchant. Merchant hereby represents and warrants that no other person or entity has a security interest in the Secured Assets.
Concerning such security interests and liens, OFC will have all rights afforded under the Uniform Commercial Code, any other applicable law, and equity. Merchant will obtain from OFC written consent before granting a security interest of any kind in the Secured Assets to a third party. Merchant and Guarantor(s) (s) agree(s) that this is a contract of recoupment and OFC is not required to file a motion for relief from a bankruptcy action automatic stay to realize any of the Secured Assets. Nevertheless, Merchant and Guarantor(s)(s) agree(s) not to contest or object to any motion for relief from the automatic stay filed by OFC. Merchant and Guarantor(s)(s) agree(s) to execute and deliver to OFC such instruments and documents OFC may reasonably request to perfect and confirm the lien, security interest, and right of setoff outlined in this Agreement. OFC is authorized to execute all such instruments and documents in Merchant's and Guarantor(s)(s) name.

Merchant and Guarantor(s)(s) each acknowledge and agree that any security interest granted to OFC under any other agreement between Merchant or Guarantor(s)(s) and OFC (the "Cross-Collateral") will secure the obligations hereunder and under the Merchant Agreement. Merchant and Guarantor(s)(s) each agree to execute any documents or take any action in connection with this Agreement as OFC deems necessary to perfect or maintain OFC'S priority security interest in the Collateral and the Additional Collateral, including the execution of any account control agreements. Merchant and Guarantor(s)(s) each hereby authorizes OFC to file any financing statements deemed necessary by OFC to perfect or maintain OFC'S security interest. Merchant and Guarantor(s)(s) shall be liable for, and OFC may charge and collect, all costs and expenses, including but not limited to attorney's fees, which may be incurred by OFC in protecting, preserving, and enforcing OFC'S security interest and rights.

Negative Pledge. Merchant and Guarantor(s)(s) each agree not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or concerning any of the Collateral or the Additional Collateral, as applicable.

Consent to Enter Premises and Assign Lease. OFC shall have the right to cure the Merchant's default in the payment of rent on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or summary eviction, OFC may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that OFC may agree with Merchant's landlord giving OFC the right: (a) to enter Merchant's premises and to take possession of the fixtures and equipment therein to protect and preserve same; and/or (b) to assign Merchant's lease to another qualified business capable of operating a business comparable to Merchant's at such premises.

Remedies. Upon any Event of Default, OFC may pursue any remedy available at law (including those available under the provisions of the UCC), or in equity to collect, enforce, or satisfy any obligations then owing to OFC, whether by acceleration or otherwise.

PROPERTY OF OCEAN FUNDING CORP.

Stacey Hurst
Allen Parish Clerk of Court
UCC # 02-20250050
Recorded On: 1/24/2025 11:31 AM
Claudia Coiquette
Deputy Clerk

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Database
02-20250050
1/24/2025

Parish: ALLEN (02)

**Debtor:**

MTF GROUP LLC
400 CONWAY VILLAGE BLVD STE 207
GONZALES, LA 70737

**Secured Parties:**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
LASOSUCCFilingsV3@cscglobal.com
PO Box 2576 UCCSPREP@CSCINFO.COM
Springfield, IL 62708

**Collateral:**

This financing statement covers the following collateral:
ALL OF DEBTOR'S PRESENT AND FUTURE ACCOUNTS, CHATTEL PAPER,
DEPOSIT ACCOUNTS, DOCUMENTS, PERSONAL PROPERTY, GENERAL
INTANGIBLES, INSTRUMENTS, EQUIPMENT (INCLUDING ASSETS AND
FIXTURES), INVENTORY AND PROCEEDS, EACH AS DEFINED IN ARTICLE 9
OF THE UNIFORM COMMERCIAL CODE, WHETHER NOW OR HEREAFTER
OWNED OR ACQUIRED BY DEBTOR AND WHEREVER LOCATED, AND ALL
PROCEEDS OF ANY SUCH PROPERTY. SECURED PARTY HOLDS A FIRST
PRIORITY CONTINUING SECURITY INTEREST IN THE FOREGOING
COLLATERAL. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR
AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER
ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER
ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS
INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH
ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A
SECURITY INTEREST IN DEBTOR'S, ACCOUNTS, CHATTEL PAPER OR
GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY
ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH
ENTITY.

**Short Description:**
ALL OF DEBTOR'S PRESENT AND FUTURE ACCOUNTS, CHATTEL PAPER,
DEPOSIT ACCOUNTS, DOCUMENTS, PERSONAL PROPERTY, GENERAL
INTANGIBLES, INSTRUMENTS, EQUIPMENT (INCLUDING ASSETS AND
FIXTURES), INVENTORY AND PROCEEDS, EACH AS DEFINED IN ARTICLE 9
OF THE UNIFORM COMMERCIAL CODE, WHETHER NOW OR HEREAFTER
OWNED

**Additional Debtor Information:**

**Collateral is:**

02-20250050
Page# 2 of 2

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature:** Corporation Service Company  (01/24/2025)

Ascension Parish Clerk of Court
807 E. Worthey St.,
1st Floor
Gonzales, LA 70737
Phone (225) 621-8400



Clerk use only

**Bridget Hanna**
Clerk of Court
Parish of Ascension

**UCC Number: 03-97226**

**Book/Index:** UCC
**Document Type:** UCC-1 FINANCING STATEMENT
**Recording Date:** 5/23/2024 10:34:09 AM
**Page Count:** 7  not including this page

**Grantor 1:** MTF GROUP LLC
**Grantee 1:** CORPORATION SERVICE COMPANY AS
REPRESENTATIVE

UCC: 03-97226

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.



*Brett Landry*
**Brett Landry, Deputy Clerk**

OCctCbCise
03-97226
5/23/24

**STATE OF LOUISIANA**
**UCC-1 FILING**
**(R.S. 10:9)**

Parish: ASCENSION (03)

**Debtor:**

MTF Group LLC
400 Conway Village Boulevard, Suite 207
Gonzales, LA 70737

MTF Management LLC
37220 Meadore Lane
Geismar, LA 70734

MTF Ventures LLC
400 Conway Village Boulevard, Suite 207
Gonzales, LA 70737

**Secured Parties:**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
LASOSUCCFilingsV3@cscglobal.com
PO BOX 2576 UCCSPREP@cscinfo.com
Springfield, IL 62708

**Collateral:**

**This financing statement covers the following collateral:**
2 SUBWAY ACQUISITIONS, TOGETHER WITH ANY AND ALL OTHER EQUIPMENT,
MACHINERY, GOODS, PERSONAL AND OTHER PROPERTY AND RELATED COSTS,
HOWEVER DESCRIBED, WHETHER NOW OR HEREAFTER EXISTING, AND WHEREVER
LOCATED, PURCHASED, PAID FOR, LEASED OR FINANCED BY SECURED PARTY TO
DEBTOR UNDER EFA SCHEDULE NO. MTFG_001 TO MASTER EQUIPMENT FINANCE
AGREEMENT NO. 2063533, TOGETHER WITH ANY AND ALL ATTACHMENTS,
REPLACEMENTS, PARTS, SUBSTITUTIONS, ADDITIONS, ENHANCEMENTS, REPAIRS,
ACCESSIONS AND ACCESSORIES THERETO, AND INSURANCE, LEASE, SUBLEASE
AND OTHER PROCEEDS AND PRODUCTS THEREOF. THIS TRANSACTION REPRESENTS
A LEASE AND THIS FILING IS FOR PRECAUTIONARY AND INFORMATIONAL
PURPOSES ONLY.

**Short Description:**
2 SUBWAY ACQUISITIONS, TOGETHER WITH ANY AND ALL OTHER EQUIPMENT,
MACHINERY, GOODS, PERSONAL AND OTHER PROPERTY AND RELATED COSTS,
HOWEVER DESCRIBED, WHETHER NOW OR HEREAFTER EXISTING, AND WHEREVER
LOCATED, PURCHASED, PAID FOR, LEASED OR FINANCED BY SECURED PARTY TO
DEBTOR UNDER EFA SCHEDULE NO. MTF

**Additional Debtor Information:**

**Collateral is:**

**Alternative Designation is:**N/A

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to
fine or imprisonment or both under R.S. 14:133.

By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature:** Corporation Service Company  (05/23/2024)

UCC: 03-97226; Page: 1; Filed: 5/23/2024 10:34:09 AM [ascension: BL]





Ascension Parish Clerk of Court
607 E. Worthey St.,
1st Floor
Gonzales, LA 70737
Phone (225) 621-8400

Clerk use only

**Bridget Hanna**
Clerk of Court
Parish of Ascension

**UCC Number: 03-97573**

**Book/Index:** UCC
**Document Type:** UCC-1 FINANCING STATEMENT
**Recording Date:** 7/8/2024 8:59:06 AM
**Page Count:** Scanned Page Count: 2   not including this page

**Grantor 1:** MTF GROUP LLC
**Grantee 1:** NAVITAS CREDIT CORP

Database
03-97573
7/8/2024

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

*Kelly Zeringue*
**Kelly Zeringue**

UCC: 03-97573

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Parish: ASCENSION (03)

**Debtor:**

MTF Group LLC
37220 Meadore LN
Geismar, LA 70734

**Secured Parties:**

Navitas Credit Corp.
LASOSUCCFilingsV3@cscglobal.com
201 Executive Center Dr Ste100
Columbia, SC 29210

**Collateral:**

**This financing statement covers the following collateral:**
A. WITHOUT IN ANY WAY LIMITING THE DESCRIPTION OF THE
COLLATERAL IN THE AGREEMENT REFERENCED ABOVE, THE TERM
COLLATERAL SHALL ALSO INCLUDE THE FOLLOWING PROPERTIES,
ASSETS AND RIGHTS, WHEREVER LOCATED, WHETHER NOW OWNED OR
EXISTING OR HEREAFTER ACQUIRED OR ARISING, AND HOWSOEVER
BORROWER/LESSEE'S INTEREST THEREIN MAY ARISE OR APPEAR
(WHETHER BY OWNERSHIP, LEASE, SECURITY INTEREST, CLAIM, OR
OTHERWISE): (A) ALL ACCOUNTS; (B) ALL CHATTEL PAPER (INCLUDING
TANGIBLE CHATTEL PAPER AND ELECTRONIC CHATTEL PAPER); (C) ALL
INSTRUMENTS; (D) ALL GOODS, INCLUDING WITHOUT LIMITATION (I)
EQUIPMENT, (II) MOTOR VEHICLES, (III) INVENTORY, (IV) FARM
PRODUCTS, (V) ACCESSIONS, AND (VI) AS EXTRACTED COLLATERAL; (E)
ALL DOCUMENTS; (F) ALL GENERAL INTANGIBLES (INCLUDING, WITHOUT
LIMITATION, PAYMENT INTANGIBLES AND SOFTWARE); (G) ALL DEPOSIT
ACCOUNTS; (H) ALL LETTER OF CREDIT RIGHTS; (I) ALL INVESTMENT
PROPERTY; (J) ALL SUPPORTING OBLIGATIONS; (K) ANY AND ALL
PERSONAL PROPERTY DESCRIBED IN AN ATTACHMENT TO THIS EXHIBIT
A; (L) ALL PERSONAL PROPERTY LISTED ON ANY RECORDS AND DATA
RELATING TO ANY OF THE FOREGOING, WHETHER IN THE FORM OF A
WRITING, PHOTOGRAPH, MICROFILM, MICROFICHE, OR ELECTRONIC
MEDIA, TOGETHER WITH ALL OF YOUR RIGHT, TITLE AND INTEREST IN
AND TO ALL COMPUTER SOFTWARE REQUIRED TO UTILIZE, CREATE,
MAINTAIN, AND PROCESS ANY SUCH RECORDS OR DATA ON ELECTRONIC
MEDIA; AND (M) ANY AND ALL PROCEEDS OF ANY OF THE FOREGOING,
INCLUDING INSURANCE PROCEEDS OR OTHER PROCEEDS FROM THE
SALE, DESTRUCTION, LOSS, OR OTHER DISPOSITION OF ANY OF THE
FOREGOING, AND SUMS DUE FROM A THIRD PARTY WHO HAS DAMAGED
OR DESTROYED ANY OF THE FOREGOING OR FROM THAT PARTY'S

UCC: 03-975773; Page: 1; Filed: 7/8/2024 8:59:06 AM [ascension: KZ]

INSURER, WHETHER DUE TO JUDGMENT, SETTLEMENT OR OTHER PROCESS (CAPITALIZED TERMS USED IN THIS EXHIBIT A THAT ARE NOT DEFINED IN THIS EXHIBIT A OR IN THE AGREEMENT SHALL HAVE THE MEANINGS ATTRIBUTED TO SUCH TERMS IN THE UCC). B. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN PARAGRAPH A OR IN THE AGREEMENT, THE TERM COLLATERAL SHALL ONLY INCLUDE THE COLLATERAL DESCRIBED HEREIN TO THE EXTENT SUCH COLLATERAL: (1) HAS BEEN, OR IS, AT ANY TIME LOCATED AT THE FOLLOWING LOCATION (S), IT BEING THE INTENTION OF THE PARTIES THAT COLLATERAL LOCATED AT ANY OF SUCH LOCATION(S) AT ANY TIME SHALL CONSTITUTE COLLATERAL UNDER THE AGREEMENT WHETHER OR NOT SAID COLLATERAL CONTINUES TO BE LOCATED AT SUCH LOCATION(S); OR (2) IS GENERATED BY, DERIVED FROM, OR OTHERWISE RELATES TO THE OPERATION OF BORROWER/LESSEE'S BUSINESS AT SUCH LOCATION (S). LOCATION(S): STORE #12319 207 NORTH ST CALAIS ME 04619 STORE #11954 1 COURT STREET, UNIT 5 MACHIAS ME 04654 NOTWITHSTANDING THE IMMEDIATELY PRECEDING SENTENCE IN THIS PARAGRAPH B, THE TERM COLLATERAL SHALL INCLUDE ALL INVENTORY, EQUIPMENT AND FIXTURES THAT ARE PURCHASED WITH PROCEEDS OF THIS LOAN OR LEASE AND/OR ARE DESCRIBED IN AN ATTACHMENT TO THIS EXHIBIT A.

**Short Description:**
A. WITHOUT IN ANY WAY LIMITING THE DESCRIPTION OF THE COLLATERAL IN THE AGREEMENT REFERENCED ABOVE, THE TERM COLLATERAL SHALL ALSO INCLUDE THE FOLLOWING PROPERTIES, ASSETS AND RIGHTS, WHEREVER LOCATED, WHETHER NOW OWNED OR EXISTING OR HEREAFTER ACQUIRED OR ARISING, AND HOWSOEVER BORROWER/LESSEE'S IN

**Additional Debtor Information:**

**Collateral is:**

**Alternative Designation is:** N/A

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature:** Corporation Service Company  (07/05/2024)

UCC: 03-975731; Page: 2; Filed: 7/8/2024 8:59:08 AM [ascension: KZ]

Mike Spence
CADDO PARISH CLERK OF COURT
UCC # 09-1596457
Recorded On: 6/24/2025 7:57 AM
Number of Pages: 2
Felicia Gilliam
DEPUTY CLERK

Page 1 of 2

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Parish: CADDO (09)

Debtor:

MTF MANAGEMENT LLC
400 Conway Village Blvd Suite 207
Gonzales, LA 70737

MTF VENTURES LLC
400 CONWAY VILLAGE BLVD Suite 207
Gonzales, LA 70737

MTF ENTERPRISES LLC
400 CONWAY VILLAGE BLVD Suite 207
Gonzales, LA 70737

MTF GROUP LLC
400 CONWAY VILLAGE BLVD STE 207
GONZALES, LA 70737

MTF CHILDCARE LLC
400 CONWAY VILLAGE BLVD SUITE 207
Gonzales, LA 70737

Secured Parties:

C T CORPORATION SYSTEM, AS REPRESENTATIVE
uccfilingreturn@wolterskluwer.com
330 N Brand Blvd, Suite 700; Attn: SPRS
Glendale, CA 91203

Collateral:

This financing statement covers the following collateral:
ACCOUNTS, PAYMENT INTANGIBLES, LETTER OF CREDIT RIGHTS, IN EACH
CASE, AS DEFINED IN ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE,
AND RIGHTS TO PAYMENT OF ANY KIND, INCLUDING CHOSE IN KIND,
WHETHER ANY OF THE FORGOING IS OWNED NOW OR ACQUIRED LATER;
ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING; AND
ALL PROCEEDS RELATING TO ANY OF THE FOREGOING.

Short Description:
SEE FULL COLLATERAL DESCRIPTION

Additional Debtor Information:

Collateral is:

Alternative Designation is:N/A

09-1596457
Page# 2 of 2

Page 2 of 2

By typing my name below, I hereby certify that I am authorized to file this transaction.
**Electronic Signature:**   (06/18/2025)



Jefferson Davis Parish Clerk of Court
P.O. Box 799
Jennings, LA 70546

Phone (337) 824-1160

**Richard M. Arceneaux**
Clerk of Court
Parish of Jefferson Davis



Clerk use only

**UCC Number: 27-8601**

**Book/Index:** UCC
**Document Type:** UCC-1 FINANCING STATEMENT
**Recording Date:** 5/28/2024 11:20:19 AM
**Page Count:** Scanned Page Count: 1    not including this page

**Grantor 1:** M T F GROUP L L C
**Grantee 1:** GREATAMERICA FINANCIAL SERVICES CORPORATION

UCC: 27-8601

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

*Kristi Reed*
**Kristi Reed**

DCtboue
27-8601
5/28/24

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Parish: JEFFERSON DAVIS (27)

**Debtor:**

MTF GROUP LLC
37220 Meadore Ln
Geismar, LA 707343093

**Secured Parties:**

GreatAmerica Financial Services Corporation
LASOSUCCFilingsV3@cscglobal.com
PO Box 609
Cedar Rapids, IA 52406

**Collateral:**

**This financing statement covers the following collateral:**
ALL OF DEBTOR'S PRESENT AND HEREAFTER ACQUIRED ASSETS,
INCLUDING, BUT NOT LIMITED TO, ALL INVENTORY, EQUIPMENT,
FURNITURE, FIXTURES, ACCOUNTS, CONTRACT RIGHTS, CHATTEL PAPER,
DOCUMENTS AND GENERAL INTANGIBLES, AND THE PROCEEDS AND
PRODUCTS OF EACH OF THE FOREGOING LOCATED AT SUBWAY #7742
LOCATED AT 6 ALLEN AVE PORTLAND, MAINE 04103-3709. IF ANY LENDER
(S) HAD A PERFECTED SECURITY INTEREST IN THE ABOVE REFERENCE
COLLATERAL AT THE TIME SECURED PARTY EXTENDED CREDIT TO
DEBTOR, SUCH LENDER(S) MAY HAVE SUBORDINATED THEIR INTEREST
IN THE COLLATERAL TO SECURED PARTY'S INTEREST IN THE
COLLATERAL. AND ALL PRODUCTS, PROCEEDS AND ATTACHMENTS.

**Short Description:**
ALL OF DEBTOR'S PRESENT AND HEREAFTER ACQUIRED ASSETS,
INCLUDING, BUT NOT LIMITED TO, ALL INVENTORY, EQUIPMENT,
FURNITURE, FIXTURES, ACCOUNTS, CONTRACT RIGHTS, CHATTEL PAPER,
DOCUMENTS AND GENERAL INTANGIBLES, AND THE PROCEEDS AND
PRODUCTS OF EACH OF THE FOREGOING LOCATED AT SUBWAY #7742
LOCATED AT

**Additional Debtor Information:**

**Collateral is:**

**Alternative Designation is:N/A**

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature: Corporation Service Company  (05/28/2024)**

UCC: 27-8601; Page: 1; Filed: 5/28/2024 11:20:19 AM [jeffersondavis: KR]



Jefferson Davis Parish Clerk of Court
P.O. Box 799
Jennings, LA 70546

Phone (337) 824-1160

**Richard M. Arceneaux**
Clerk of Court
Parish of Jefferson Davis



Clerk use only

**UCC Number: 27-9552**

**Book/Index:** UCC
**Document Type:** UCC-1 FINANCING STATEMENT
**Recording Date:** 12/11/2024 4:06:10 PM
**Page Count:** Scanned Page Count: 1    not including this page

UCC: 27-9552

**Grantor 1:** M T F GROUP L L C
**Grantee 1:** GREATAMERICA FINANCIAL SERVICES CORPORATION

Database
27-9552
12/11/2024

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

*Kristi Reed*
**Kristi Reed**

## STATE OF LOUISIANA
## UCC-1 FILING
### (R.S. 10:9)

Parish: JEFFERSON DAVIS (27)

**Debtor:**

MTF GROUP LLC
37220 Meadore Ln
Geismar, LA 707343093

**Secured Parties:**

GreatAmerica Financial Services Corporation
LASOSUCCFilingsV3@cscglobal.com
PO Box 609
Cedar Rapids, IA 52406

**Collateral:**

**This financing statement covers the following collateral:**
ALL OF DEBTORS PRESENT AND HEREAFTER ACQUIRED ASSETS,
INCLUDING, BUT NOT LIMITED TO, ALL INVENTORY, EQUIPMENT,
FURNITURE, FIXTURES, ACCOUNTS, CONTRACT RIGHTS, CHATTEL PAPER,
DOCUMENTS AND GENERAL INTANGIBLES, AND THE PROCEEDS AND
PRODUCTS OF EACH OF THE FOREGOING LOCATED SUBWAY STORE
#11721 LOCATED AT 4A HAMILTON CT, TOPSHAM, ME 04086. IF ANY
LENDER(S) HAD A PERFECTED SECURITY INTEREST IN THE ABOVE
REFERENCE COLLATERAL AT THE TIME SECURED PARTY EXTENDED
CREDIT TO DEBTOR, SUCH LENDER(S) MAY HAVE SUBORDINATED THEIR
INTEREST IN THE COLLATERAL TO SECURED PARTYS INTEREST IN THE
COLLATERAL.

**Short Description:**
ALL OF DEBTORS PRESENT AND HEREAFTER ACQUIRED ASSETS,
INCLUDING, BUT NOT LIMITED TO, ALL INVENTORY, EQUIPMENT,
FURNITURE, FIXTURES, ACCOUNTS, CONTRACT RIGHTS, CHATTEL PAPER,
DOCUMENTS AND GENERAL INTANGIBLES, AND THE PROCEEDS AND
PRODUCTS OF EACH OF THE FOREGOING LOCATED SUBWAY STORE
#11721 LOCATED

**Additional Debtor Information:**

**Collateral is:**

**Alternative Designation Is:N/A**

The filing of a false public record, with the knowledge of its falsity, is a crime,
subjecting the filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

**Electronic Signature:** Corporation Service Company  (12/11/2024)

UCC: 27-9552; Page: 1; Filed: 12/11/2024 4:06:10 PM [jeffersondavis: KR]