# Exhibit "E"

MTF Consolidated Companies - Exhibit E - Debt Schedule

| Vendor | Type of Debt | Princ | Payment | Months | Rate | Per Payment Int | Per Payment Principal | Date Signed | Months Paid 12/31/2025 | Princ Paid | Remaining Balance | Prepayments | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMUR | Equip Lease | $59,375 | 1,099.73 | 72 | 8.99% | 274.93 | 824.80 | 11/18/2024 | 13 | $10,722.37 | $48,652.63 | | Paid through 12/31/2025 - automatically withdrawn from account |
| AMUR | Equip Lease | $68,818 | 1,240.14 | 72 | 8.99% | 285.23 | 954.91 | 5/22/2024 | 19 | $18,143.25 | $50,674.89 | | Paid through 12/31/2025 - automatically withdrawn from account |
| Ascentium | Equip Lease | $17,500 | 363.20 | 60 | 8.99% | 72.64 | 290.56 | 1/14/2025 | 11 | $3,196.16 | $14,303.84 | | Paid through 1/6/2026 - automatically withdrawn from account |
| Ascentium | Equip Lease | $43,600 | 904.75 | 60 | 8.99% | 180.95 | 723.80 | 1/6/2025 | 12 | $8,685.60 | $34,914.40 | | Paid through 1/6/2026 - automatically withdrawn from account |
| Channel | Equip Lease | $40,000 | 1,002.26 | 60 | 12.74% | 260.59 | 741.67 | 6/7/2023 | 32 | $23,733.52 | $16,266.48 | 1 advance payment | Paid through 12/31/2025 - automatically withdrawn from account |
| Channel | Equip Lease | $50,000 | 1,224.98 | 60 | 12.92% | 330.74 | 894.24 | 6/7/2023 | 32 | $28,615.53 | $21,384.47 | 1 advance payment | Paid through 12/31/2025 - automatically withdrawn from account |
| Ascentium | Equip Lease | $250,000 | 4,393.00 | 72 | 8.08% | 922.53 | 3,470.47 | 8/3/2022 | 41 | $142,289.27 | $107,710.73 | Now Pawnee | Paid through 12/31/2025 - automatically withdrawn from account |
| Pawnee | Equip Lease | $91,386 | 1,874.58 | 60 | 8.49% | 356.17 | 1,518.41 | 1/13/2022 | 49 | $74,402.08 | $16,983.92 | 1 advance payment | Still working on - these aren't automatically withdrawn so it's tough to tell what has been paid |
| Pawnee | Equip Lease | $125,000 | 2,861.38 | 60 | 13.27% | 772.57 | 2,088.81 | 8/11/2022 | 42 | $87,729.91 | $37,270.09 | 1 advance payment | Still working on - these aren't automatically withdrawn so it's tough to tell what has been paid |
| Pawnee | Equip Lease | $49,299 | 1,373.98 | 48 | 15.08% | 343.50 | 1,030.49 | 9/20/2023 | 28 | $28,853.58 | $20,445.23 | 1 advance payment | tough to tell what has been paid |
| Centra Funding | Equip Lease | $150,000 | 3,571.13 | 60 | 15.03% | 1,071.34 | 2,499.79 | 11/26/2024 | 14 | $34,997.07 | $115,002.93 | | Paid through 1/6/2026 - automatically withdrawn from account |
| Channel | Equip Lease | $45,000 | 1,055.28 | 60 | 11.06% | 242.71 | 812.57 | 12/6/2023 | 27 | $21,939.27 | $23,060.73 | 1 advance payment | Paid through 12/31/2025 - automatically withdrawn from account |
| Subtotal Equipment Leases | | $989,978 | 20,964 | | | 5,114 | 15,851 | | | $483,308 | 506,670 | | |
| North Mill | Commercial Security Agreement | $50,000 | 1,800.03 | 36 | 17.70% | 414.01 | 1,386.02 | 10/17/2023 | 28 | $38,808.65 | $11,191.35 | | Paid through 12/31/2025 - automatically withdrawn from account |
| North Mill | Commercial Security Agreement | $350,000 | 7,204.98 | 72 | 13.96% | 2,377.64 | 4,827.34 | 3/19/2024 | 23 | $111,028.74 | $238,971.26 | | Paid through 12/31/2025 - automatically withdrawn from account |
| North Mill | Commercial Security Agreement | $100,000 | 2,906.30 | 48 | 11.29% | 552.20 | 2,354.10 | 9/29/2023 | 29 | $68,268.99 | $31,731.01 | chase mgmt 1903 | Paid through 11/19/2025 - automatically withdrawn from account |
| Subtotal Commercial Security Agreements | | $500,000 | 11,911 | | | 3,344 | 8,567 | | | $218,106 | 281,894 | | |
| Great America | Loan | $300,000 | 5,036.83 | 84 | 10.36% | 1,460.68 | 3,576.15 | 12/6/2024 | 15 | $53,642.24 | $246,357.76 | 2 mo advance payment | Paid through 12/31/2025 - automatically withdrawn from account |
| Great America | Loan | $225,000 | 4,110.75 | 72 | 9.49% | 986.58 | 3,124.17 | 6/20/2024 | 20 | $62,483.40 | $162,516.60 | 2 mo advance payment | Paid through 12/31/2025 - automatically withdrawn from account |
| Great America | Loan | $125,000 | 3,305.00 | 48 | 12.22% | 694.05 | 2,610.95 | 5/29/2024 | 21 | $54,829.95 | $70,170.05 | 2 mo advance payment | Paid through 1/6/2026 - automatically withdrawn from account |
| Great America | Loan | $100,000 | 2,056.00 | 60 | 8.59% | 390.64 | 1,665.36 | 11/17/2024 | 15 | $24,980.40 | $75,019.60 | 2 mo advance payment | Paid through 12/31/2025 - automatically withdrawn from account |
| Thomas Hardin | Promissory Note | $125,000 | 3,888.28 | 36 | 7.50% | 427.71 | 3,460.57 | 1/1/2025 | 14 | $48,447.97 | $76,552.03 | | |
| SBA | EIDL | $475,000 | 2,018.00 | 360 | 3.06% | 706.30 | 1,311.70 | 5/15/2021 | 57 | $74,766.90 | $400,233.10 | | |
| SBA | EIDL | $375,000 | 2,492.00 | 360 | 6.99% | 1,445.36 | 1,046.64 | 12/15/2024 | 14 | $14,652.96 | $360,347.04 | | 8 payments in 2025 - need to check when payments started |
| Subtotal Loans | | $1,725,000 | 22,907 | | | 6,111 | 16,796 | | | $333,804 | 1,391,196 | | |
| On Deck | Line of Credit | $100,000 | 1,847.62 | 18 | 51.60% | 565.45 | 1,282.17 | 11/7/2024 | 14 | $17,950.34 | $82,049.66 | | |
| Total Subway Companies | | $3,314,978 | 57,630 | | | 15,135 | 42,496 | | | $1,053,168 | 2,261,810 | | |
| MTF Childcare LLC | | | | | | | | | | | | | |
| Rapid Finance | Business Loan & Security Agmt | $250,000 / $100,000 | 26,799.98 | 12.5 | 55.64% | 6,700.00 | 20,099.99 | 2/19/2025 / 12/15/2025 | 10 | $200,999.88 | $49,000.12 | | |
| Headway Capital | Business Line of Credit | $75,000 | 6,549.48 | 18 | 63.18% | 2,357.81 | 4,191.67 | 4/25/2025 | 8 | $33,533.34 | $41,466.66 | | |
| Total Childcare | | $425,000 | 33,349 | | | 9,058 | 24,292 | | | $234,533 | 90,467 | | |
| Total MTF Companies | | $3,739,978 | 90,980 | | | 24,192 | 66,787 | | | $1,287,701 | 2,352,277 | | |
| Ocean | Revenue Purchase Agreement | $500,000 | | | 8.31 | 94.54% | | | 9/3/2025 | | | $500,000.00 | | |
| Web Bank | Loan | $900,000 | | | 12 | 59.39% | | | 6/17/2025 | 8 | | $900,000.00 | 23365.39 paid weekly | ?? |
| Total Including Web Bank & Ocean | | $5,139,978 | | | | | | | | | | | |

$ 1,091,756  Annualized Payments