# Exhibit "F"



## UCC LIEN NOTICE AND NOTICE OF POWER OF ATTORNEY
## GRANTED BY ASSIGNOR TO OCEAN FUNDING CORP
## GIVING OCEAN FUNDING CORP POWER OF ATTORNEY OVER ACCOUNTS
## RECEIVABLES OF ASSIGNOR

**Date:** Oct 24 2025
**To: Stripe, Inc (DoorDash, Inc.)**
**From:** Ocean Funding Corp
**Address:** 2941 NW 62nd St, Suite 101, Fort Lauderdale, FL 33309

**Re:** Claim of Lien | MTF MANAGEMENT LLC (and the entities listed below)

**Merchant(s):**
**MTF MANAGEMENT LLC**
**400 Conway Village Blvd Suite 207 ,**
**Gonzales, LA 70737**
**Federal ID#:** 93-1445541

**Guarantor(s):**
**MICHAEL TODD FAY**
6730 MAPLEWOOD DR,
DELTON, MI 49046

To Whom It May Concern:

This notice is being sent pursuant to the security agreement between the parties and Sections 9406 & 9-607 of the Uniform Commercial Code ("UCC"). We have been advised that Stripe, Inc (DoorDash, Inc.) ("Account Debtor") has conducted business with MTF MANAGEMENT LLC and **MICHAEL TODD FAY** (hereinafter referred to as the "Merchants") and is currently obligated to the Merchants for services or goods provided to the Account Debtor by one or more of the Merchants.

Please be advised that the **Merchants have defaulted on a Receivables Purchase Agreement** (the "Agreement") entered into by and between the Merchants and **OCEAN FUNDING CORP** on 09/03/2025 a copy of which is enclosed herein for your reference. The **balance currently due and owing to OCEAN FUNDING CORP** pursuant to the Agreement is **$602,777.80**

Pursuant to the Agreement, **OCEAN FUNDING CORP** purchased $500,000.00 of Merchants' future receipts. The Agreement was structured so that **OCEAN FUNDING CORP** was to receive a specified percentage of all of the Merchants' future receipts. In accordance with the Agreement, **OCEAN FUNDING CORP** was granted a security interest in certain categories of Merchants' property including, without limitation, all accounts and accounts receivable and the proceeds therefrom. **OCEAN FUNDING CORP** filed a UCC-1 financing statement with the Secretary of the appropriate venue, thereby perfecting its security interest in the categories of collateral covered in the Security Agreement. A copy of the UCC-1 is also enclosed herein for your reference.

You are hereby advised that, in accordance with **UCC 9-607**, after receiving this notice, your company is required to forward to **Ocean Funding Corp** all sums that you are currently holding, or that become due and owing, to the Merchants until the amount of $602,777.80 is remitted to **Ocean Funding Corp**. Moreover, pursuant to **UCC 9-406**, you may only discharge your obligations to the Merchants by paying **Ocean Funding Corp**. If you pay the Merchants directly, your company may be subject to double liability because the obligation still exists, and **Ocean Funding Corp** may enforce the Merchants' obligations to collect all such amounts under **UCC 9-607**.

In addition, pursuant to the Agreement, the Merchant granted **Ocean Funding Corp** a limited **Power of Attorney** with respect to the Merchants' accounts receivable pursuant to the MCA Agreement. As holders of Power of Attorney over the accounts receivable of the Merchants, **Ocean Funding Corp** hereby demands that Stripe, Inc (DoorDash, Inc). comply with this request. Specifically, refrain from sending any funds to the Merchants and instead forward these amounts to **Ocean Funding Corp** until the balance of
**$602,777.80** is satisfied. If needed, **Ocean Funding Corp** will indemnify the Account Debtor for all actions taken
concerning this matter.

Please comply immediately and contact me at (305) 697-6567 (via email at if you have any questions. Thank you in advance for your anticipated cooperation in this matter.

Please note that by not forwarding the funds to **Ocean Funding Corp**, you may be in violation of the above-referenced sections of **UCC Article 9** and the contracts between the parties, which could expose your company to double liability.

**Kind regards,**

By: _____
**Cesar A. Valencia**
Ocean Funding Corp
2941 NW 62nd St, Suite 101, Fort Lauderdale, FL 33309
Phone: (305) 697-6567
Email: cesar@ocean-funding.com

Ocean Funding Corp. O: (954) 406-0670 Email: abraham@ocean-funding.com 2941 NW 62nd St Ste 101, Fort Lauderdale, FL 33309



**AMERICAN EXPRESS**

January 8, 2026

Merchant Services
Attn: SE Legal Holds
PO Box 53825
Phoenix, AZ 85072

MTF MANAGEMENT LLC
SUBWAY OLD TOWN
37220 MEADORE LANE
GEISMAR, LA 70734

Merchant Account Ending: 8398

RE:     ADVANCED RECOVERY GROUP
              VS
        MTF MANAGEMENT LLC
        MTF VENTURES LLC et al.

Case No:   20251024285172

Dear Service Establishment:

In order to comply with the enclosed legal document, American Express Travel Related Services Company, Inc. has been obligated to hold your merchant payments.

Please contact the party that initiated this action in order to resolve this matter.

If there are any questions, please feel free to contact us at (877) 398-5946 or by fax to (623) 707-2697 using reference number: 25-32980.

Sincerely,

Legal Holds Process Team – SR
Merchant Services, Legal Holds Desk

Enclosure

American Express Travel Related Services Company, Inc.



**Advanced Recovery Group**

December 17, 2025

**TO: AMERICAN EXPRESS**

**UCC LIEN NOTICE AND NOTICE OF POWER OF ATTORNEY GRANTED BY ASSIGNOR TO OCEAN FUNDING CORP GIVING OCEAN FUNDING CORP POWER OF ATTORNEY OVER ACCOUNTS RECEIVABLE OF ASSIGNOR**

**RE: MTF MANAGEMENT LLC and MTF VENTURES LLC and MTF HOLDINGS LLC and MTF ENTERPRISES LLC and MTF GROUP LLC and MTF CHILDCARE LLC and MICHAEL TODD FAY**

**TAX ID:** 93-1445541 - Business

**BALANCE DUE: $566,087.92**

To Whom It May Concern:

Advanced Recovery Group is the Servicing Agent for OCEAN FUNDING CORP ("Creditor") with regard to the above-captioned account. This notice is being sent pursuant to UCC 9-406 as it has come to our attention that AMERICAN EXPRESS has possibly conducted business with MTF MANAGEMENT LLC and MTF VENTURES LLC and MTF HOLDINGS LLC and MTF ENTERPRISES LLC and MTF GROUP LLC and MTF CHILDCARE LLC and MICHAEL TODD FAY (any and all businesses and individuals hereinafter referred to as the "Merchant"), business address 400 CONWAY VILLAGE BLVD STE 207 GONZALES, LA 70737 and 955 BENJAMIN FRANKIL HWY DOUGLASSVILLE, PA 19518 and potentially having AMERICAN EXPRESS accounts.

Please be advised that the Merchant has defaulted on a Merchant Agreement ("Agreement") entered into by and between the Merchant and OCEAN FUNDING CORP on 9/3/2025, a copy of which is enclosed herein for your reference (the "Agreement"). The balance currently due and owing to OCEAN FUNDING CORP pursuant to the Agreement is $566,087.92.

**Please Note:** You are not in any kind of trouble, legal or otherwise. The balance currently due is owed by the Merchant, **not** AMERICAN EXPRESS. This notice is meant to determine the existence of a working relationship between the Merchant and AMERICAN EXPRESS.

Pursuant to the Agreement, OCEAN FUNDING CORP purchased $700,000.00 of the Merchant's future accounts-receivable. The Agreement was structured so that OCEAN FUNDING CORP was to receive a percentage of all of the Merchant's sales. In accordance with the Agreement, OCEAN FUNDING CORP filed a UCC-1 financing statement with the Secretary of State of the appropriate venue thereby obtaining a perfected security interest in the Merchant's assets, including without limitation the Merchant's accounts-receivable. A Copy of the UCC-1 is also enclosed herein for your reference.

1

We hereby instruct you to hold in reserve all funds processed by AMERICAN EXPRESS on behalf of the Merchant, up to a maximum accrual amount of **$566,087.92**, whereupon same should be forwarded to Advanced Recovery Group, in order to mitigate the risk to both OCEAN FUNDING CORP and AMERICAN EXPRESS, as the UCC-1 clearly puts all parties on notice of OCEAN FUNDING CORP's rights to the Merchant's assets as a secured party. In addition, pursuant to the Agreement, the Merchant granted to OCEAN FUNDING CORP a limited power-of-attorney with respect to the Merchant's accounts. If need be, OCEAN FUNDING CORP will indemnify AMERICAN EXPRESS for all actions taken with respect to this matter.

Please comply with the above immediately and contact us at **718-569-2060** or at liens@advancedrecoverygroup.com if you have any questions. A response is expected within 30 days of receiving this notice. We thank you in advance for your anticipated cooperation in this matter.

**\*\*Please note** – By not forwarding said funds to Advanced Recovery Group, or intentionally disregarding this notice, you would be in violation of UCC Article 9 as evidenced by the UCC-1 financing statement and thereby interfering with the Agreement discussed above. Such interference may subject you to double liability.

Very truly yours,

_[signature: Jacob Heller]_

OCEAN FUNDING CORP

Advanced Recovery Group
*Servicing Agent for Creditor*

By: _[signature: Manny Yosipov]_
Manny Yosipov, CEO

\*\*Mailing Address: 30 Two Bridges Rd, Suite 100 Fairfield, NJ 07004\*\*

2

| To: AMEX | Page: 03 of 17 | 2025-12-17 18:36:43 GMT | 18888818211 | From: Advanced Recovery Group |
|---|---|---|---|---|




20251024285172

## COMMONWEALTH OF PENNSYLVANIA
### Department of State
Bureau of Corporations and Charitable Organizations
PO Box 8721
Harrisburg, Pennsylvania 17105-8721
**UCC1 FINANCING STATEMENT**
Fee: $84

**Pennsylvania Department of State**
**-FILED-**
File #: 20251024285172
Date Filed: 10/24/2025

### Submitter contact information
| | |
|---|---|
| Contact Name | CSC |
| Phone Number | 1-800-858-5294 |
| Email Address | cscpa@cscglobal.com |

### Submitter information
| | |
|---|---|
| Name | CSC |
| Address | 801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL 62703 |

### Debtors
| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| MTF HOLDINGS LLC | 955 BENJAMIN FRANKLIN HWY DOUGLASSVILLE, PA 19518 |
| MTF ENTERPRISES LLC | 955 BENJAMIN FRANKLIN HWY DOUGLASSVILLE, PA 19518 |
| MTF CHILDCARE LLC | 955 BENJAMIN FRANKLIN HWY DOUGLASSVILLE, PA 19518 |
| MICHAEL TODD FAY | 37220 MEADORE LANE GEISMAR, LA 70734 |

### Secured Parties
| SECURED PARTY'S NAME | MAILING ADDRESS | Assignor |
|---|---|---|
| OCEAN FUNDING CORP | 2941 NW 62ND ST SUITE 101 FORT LAUDERDALE, FL 33309 | ☐ |

### Collateral
Collateral uploaded in an attachment.

### Designations
| | |
|---|---|
| Select the designation which describes this financing statement | Not Applicable |
| Select an additional designation which describes this financing statement | Not Applicable |

### Alternative Designations
| | |
|---|---|
| Select the alternative designation which describes this financing statement | Not Applicable |

| Optional Submitter Reference Data | 4586452 |
|---|---|



## REVENUE PURCHASE AGREEMENT

Agreement dated **3rd of September, 2025** between OCEAN FUNDING CORP ("OFC") and the Merchant listed below ("MERCHANT")

### MERCHANT INFORMATION

Merchant's Legal Name: **MTF MANAGEMENT LLC**                                   and all Entities listed on "EXHIBIT A"

DBA: _____                              State of Incorporation / Organization: **LA**

Type of Entity: **LLC**                            Federal ID: [REDACTED]

Physical Address: **400 Conway Village Blvd Suite 207, Gonzales, LA 70737**

Mailing Address: **37220 MEADORE LANE, GEISMAR, LA 70734**

Guarantor(s) Name: **MICHAEL TODD FAY**   Cellphone Number: _____   Email Address: [REDACTED]

### PURCHASE AND SALE OF REVENUE

Purchase Price: $ **500000.00**    Purchased Percent **25** %    Purchased Amount: $ **700000.00**

Payment Frequency: **Weekly**    Remittance $ **19444.44**    Bank Fee $ **25,000.00**

In consideration of payment by OFC to Merchant of the Purchase Price set forth above, Merchant hereby sells, assigns and transfers to OFC (making OFC the absolute owner) the Purchased Percentage of all of Merchant's payments, receipts, settlements and funds paid to or received by or for the account of Merchant from time to time on and after the date hereof in payment or settlement of Merchant's existing and future accounts, payment intangibles, credit, debit and/or stored value card transactions, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers' and/or other payors or obligors (the "Future Receipts" defined as all payments made by cash, check, clearinghouse settlement, electronic transfer or other form of monetary payment), for the payments to Merchant as a result of Merchant's sale of goods and/or services (the "Transactions") until the Purchased Amount has been delivered by or on behalf of Merchant to OFC. Merchant is selling a portion of a future revenue stream to OFC at a discount, and is not borrowing money from OFC, therefore there is no interest rate or payment schedule and no time period during which the Purchased Amount must be collected by OFC. The Remittance is a good faith estimate of OFC'S share of the future revenue stream. Merchant going bankrupt or going out of business, or experiencing a slowdown in business, or a delay in collecting its receivables, in and of itself, does not constitute a breach of this Agreement. OFC is entering this Agreement knowing the risks that Merchant's business may not perform as expected or fail, and OFC assumes these risks based on Merchant's representations, warranties and covenants in this Agreement, which are designed to give OFC a reasonable and fair opportunity to receive the benefit of its bargain. OFC acknowledges that it may never receive the Purchased Amount in the event that the Merchant does not generate sufficient revenue. Merchant and Guarantor(s)(s) are only guaranteeing their performance of the terms of this Revenue Purchase Agreement, and are not guaranteeing the payment of the Purchased Amount. The initial Remittance shall be as described above. The Remittance is subject to adjustment as set forth in Paragraph 1.4 and Paragraph 1.5. OFC will debit the Remittance each business day from only one depositing bank account, which account must be acceptable to, and pre-approved by, OFC (the "Account") into which Merchant and Merchant's customers shall remit the Receipts from each Transaction, until such time as OFC receives payment in full of the Purchased Amount. Merchant hereby authorizes OFC to ACH debit the agreed Remittance from the Account on the agreed upon Payment Frequency, a daily basis means any day that is not a United States banking holiday. Merchant agrees not to make or cause debits to the Account (other than in favor of OFC) at any time that would cause the balance therein on any business day to be insufficient to fund payment in full of the agreed Remittance. The Account may not be used for any personal, family or household purposes. Merchant will provide OFC with all required access codes and monthly bank statements regarding the Account so that OFC may monitor the Account. OFC's payment of the Purchase Price shall be deemed the acceptance and performance by OFC of this Agreement. Merchant understands that it is responsible for ensuring that the agreed Remittance to be debited by OFC remains in the Account and will be held responsible for any fees incurred by OFC resulting from a rejected ACH attempt or an Event of Default. OFC is not responsible for any overdrafts or rejected transactions that may result from OFC'S ACH debiting the agreed Remittance under the terms of this Agreement. Notwithstanding anything to the contrary in this Agreement or any other agreement between OFC and Merchant, upon the occurrence of an Event of Default or the MERCHANT AGREEMENT TERMS AND CONDITIONS the Purchased Percentage shall equal 100%. A list of all fees applicable under this Agreement is contained in Appendix A

THE MERCHANT AGREEMENT "TERMS AND CONDITIONS", THE "SECURITY AGREEMENT AND GUARANTY" AND THE "ADMINISTRATIVE FORM HEREOF, ARE ALL HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

FOR THE MERCHANT (#1) By: **MICHAEL TODD FAY**                     _MICHAEL TODD FAY_
Title: **OWNER**                  (Print Name)                       (Signature)
SSN: [REDACTED]

FOR THE MERCHANT (#2) By: _____
Title: _____       (Print Name)                                   (Signature)
SSN: _____

GUARANTOR(S) (#1) By: **MICHAEL TODD FAY**                         _MICHAEL TODD FAY_
Tax: [REDACTED]          (Print Name)                               (Signature)
SSN: [REDACTED]

GUARANTOR(S) (#2) By: _____
Tax: _____          (Print Name)                                  (Signature)
SSN: _____

PROPERTY OF OCEAN FUNDING CORP                                      _MTF_

ID: 15576161 Signed: 2025-09-03T17:59:41-05:00

 Gmail    Michael Fay <michael@mtfholdingsllc.com>

## Alert from Block: UCC Lien Received

Block <civil_process@squareup.com>    Mon, Dec 29, 2025 at 10:28 AM
To: michael@mtfholdingsllc.com



Hello,

We are writing to inform you that your Square account has been put on hold due to a UCC Lien.

**What does this mean for my account?**
A creditor of yours is seeking repayment for a debt. They have taken action by sending notice to Block, either directly or through a law firm or debt collection agency.

**What happens next?**
We're obligated by law to place a hold on your account. This means that any funds in your account won't be transferred to your linked bank account. Instead funds will be held in your balance until we receive one of the following:

1. A release agreement from the creditor directing us to lift the hold on the account.
2. A court order or other documentation that authorizes us to release the hold on the account.

**What do I do to resolve this?**
In order to resume normal transfers to your bank account, you'll need to resolve this

matter with the creditor or taxing authority directly. Please reach out to them for the fastest resolution. If you reach an agreement, they will need to send a copy of the release agreement or other applicable order authorizing us to release the hold on the account.

Here's the contact information we were given with the notice:

Advanced Recovery Group
30 Two Bridges Rd, STE 100
Fairfield, NJ, 07004
US
+1 7185692060
Liens@advancedrecoverygroup.com

Sincerely,
Block Civil Process

---

Block
1955 Broadway, Suite 600,
Oakland, CA 94612