# Exhibit "G"

## Summary Subway
### MTF Companies Consolidated
### 2026 Forecast

| | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Distribution account** | **Jan-26** | **Feb-26** | **Mar-26** | **Apr-26** | **May-26** | **Jun-26** | **Jul-26** |
| **Income** | | | | | | | |
| 1. Sales | 1,433,971 | 1,355,044 | 1,658,130 | 1,639,586 | 1,741,938 | 1,724,919 | 1,709,886 |
| Sales Taxes Paid | -106,228 | -100,255 | -122,687 | -121,678 | -129,841 | -127,721 | -126,542 |
| **Total for Income** | 1,327,743 | 1,254,789 | 1,535,443 | 1,517,908 | 1,612,097 | 1,597,198 | 1,583,344 |
| **Cost of Goods Sold** | | | | | | | |
| Food & Paper Products | 385,019 | 363,274 | 444,056 | 439,866 | 467,712 | 463,919 | 456,377 |
| **Total for Cost of Goods Sold** | 385,019 | 363,274 | 444,056 | 439,866 | 467,712 | 463,919 | 456,377 |
| **Gross Profit** | 942,724 | 891,516 | 1,091,387 | 1,078,042 | 1,144,385 | 1,133,279 | 1,126,967 |
| **Expenses** | | | | | | | |
| Bank fees & service charges | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 |
| Building & property rent | 117,678 | 117,678 | 117,678 | 117,678 | 117,678 | 117,678 | 117,678 |
| Business licences | 417 | 417 | 417 | 417 | 417 | 417 | 417 |
| Franchise Expenses | | | | | | | |
|   Advertising & marketing | 59,748 | 56,466 | 69,095 | 68,306 | 72,544 | 71,874 | 71,250 |
|   Royalties | 106,219 | 100,383 | 122,835 | 121,433 | 128,968 | 127,776 | 126,668 |
| **Total for Franchise Expenses** | 165,968 | 156,849 | 191,930 | 189,738 | 201,512 | 199,650 | 197,918 |
| Insurance | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 |
| Office expenses | | | | | | | |
|   Merchant account fees | 2,940 | 2,778 | 3,399 | 3,361 | 3,571 | 3,536 | 3,505 |
|   Shipping & postage | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
|   Software & apps | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| **Total for Office expenses** | 7,990 | 7,828 | 8,449 | 8,411 | 8,621 | 8,586 | 8,555 |
| Payroll expenses | | | | | | | |
|   Direct Labor | 411,600 | 388,985 | 475,987 | 470,551 | 499,750 | 495,131 | 490,837 |
|   Overhead | 59,750 | 59,750 | 59,750 | 59,750 | 59,750 | 59,750 | 59,750 |
|   Worker's compensation insurance | 3,202 | 3,026 | 3,703 | 3,661 | 3,888 | 3,852 | 3,819 |
| **Total for Payroll expenses** | 474,553 | 451,761 | 539,441 | 533,962 | 563,388 | 558,733 | 554,405 |
| Legal Services | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 5,000 | 5,000 |
| Local Supplies and Services | | | | | | | |
|   Refrigeration Services | 3,440 | 3,440 | 3,440 | 3,440 | 3,440 | 3,440 | 3,440 |
|   Repairs & maintenance | 860 | 860 | 860 | 860 | 860 | 860 | 860 |
|   Small tools and equipment | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 |
|   Supplies & materials | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 |
| **Total Local Supplies and Services** | 12,900 | 12,900 | 12,900 | 12,900 | 12,900 | 12,900 | 12,900 |
| Utilities | | | | | | | |
|   Disposal & waste fees | 12,920 | 12,920 | 12,920 | 12,920 | 12,920 | 12,920 | 12,920 |
|   Electricity | 23,680 | 23,765 | 23,735 | 23,855 | 24,210 | 25,624 | 21,544 |
|   Heating & cooling | 1,332 | 1,317 | 1,227 | 1,110 | 1,027 | 1,057 | 1,037 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| Internet & TV services | 2,057 | 2,057 | 2,057 | 2,057 | 2,057 | 2,057 | 2,057 |
| Pest Control | 3,148 | 3,148 | 3,148 | 3,148 | 3,148 | 3,148 | 3,148 |
| Phone service | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Surveillance - Kingston | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Water & sewer | 5,414 | 5,414 | 5,414 | 5,414 | 5,414 | 5,414 | 5,414 |
| **Total for Utilities** | **48,851** | **48,921** | **48,801** | **48,804** | **49,076** | **50,520** | **46,420** |
| **Total for Expenses** | **855,465** | **823,462** | **946,725** | **939,020** | **980,701** | **960,593** | **950,403** |
| **Net Operating Income** | **87,259** | **68,053** | **144,662** | **139,022** | **163,684** | **172,686** | **176,564** |
| *Income Margin* | *6.57%* | *5.42%* | *9.42%* | *9.16%* | *10.15%* | *10.81%* | *11.15%* |
| *SBA Loan 1* | -2,018 | -2,018 | -2,018 | -2,018 | -2,018 | -2,018 | -2,018 |
| *SBA Loan 2* | -2,492 | -2,492 | -2,492 | -2,492 | -2,492 | -2,492 | -2,492 |
| *Utilities Deposits* | | -24,000 | -24,000 | | | | |
| **Margin of Error - Buffer** | -29,831 | -23,265 | -49,455 | -47,527 | -55,958 | -59,036 | -60,362 |
| **Available for P&I Payments** | **52,918** | **16,278** | **66,697** | **86,985** | **103,216** | **109,140** | **111,693** |

| | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|
| | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Total |
| | 1,682,509 | 1,481,876 | 1,557,610 | 1,298,185 | 1,166,654 | 18,450,306 |
| | -124,731 | -109,269 | -115,485 | -96,039 | -86,276 | -1,366,750 |
| | 1,557,777 | 1,372,607 | 1,442,125 | 1,202,146 | 1,080,378 | 17,083,556 |
| | 450,642 | 397,584 | 417,740 | 347,606 | 311,797 | 4,945,590 |
| | 450,642 | 397,584 | 417,740 | 347,606 | 311,797 | 4,945,590 |
| | 1,107,136 | 975,023 | 1,024,385 | 854,541 | 768,581 | 12,137,965 |
| | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 20,320 |
| | 117,678 | 117,678 | 117,678 | 117,678 | 117,678 | 1,412,134 |
| | 417 | 417 | 417 | 417 | 417 | 5,000 |
| | 70,100 | 61,767 | 64,896 | 54,097 | 48,617 | 768,760 |
| | 124,622 | 109,809 | 115,370 | 96,172 | 86,430 | 1,366,684 |
| | 194,722 | 171,576 | 180,266 | 150,268 | 135,047 | 2,135,444 |
| | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 65,000 |
| | 3,449 | 3,038 | 3,193 | 2,661 | 2,392 | 37,823 |
| | 250 | 250 | 250 | 250 | 250 | 3,000 |
| | 500 | 500 | 500 | 500 | 500 | 6,000 |
| | 8,499 | 8,088 | 8,243 | 7,711 | 7,442 | 98,423 |
| | | | | | | 0 |
| | 482,911 | 425,508 | 447,059 | 372,665 | 334,917 | 5,295,902 |
| | 59,750 | 59,750 | 59,750 | 59,750 | 59,750 | 717,000 |
| | 3,757 | 3,310 | 3,478 | 2,899 | 2,606 | 41,202 |
| | 546,418 | 488,569 | 510,287 | 435,315 | 397,273 | 6,054,104 |
| | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 135,000 |
| | 3,440 | 3,440 | 3,440 | 3,440 | 3,440 | 41,280 |
| | 860 | 860 | 860 | 860 | 860 | 10,320 |
| | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 51,600 |
| | 4,300 | 4,300 | 4,300 | 4,300 | 4,300 | 51,600 |
| | 12,900 | 12,900 | 12,900 | 12,900 | 12,900 | 154,800 |
| | 12,920 | 12,920 | 12,920 | 12,920 | 12,920 | 155,040 |
| | 27,064 | 26,120 | 25,371 | 24,862 | 25,204 | 295,034 |
| | 1,052 | 1,057 | 1,187 | 1,304 | 1,379 | 14,086 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 2,057 | 2,057 | 2,057 | 2,057 | 2,057 | 24,679 |
| 3,148 | 3,148 | 3,148 | 3,148 | 3,148 | 37,776 |
| 200 | 200 | 200 | 200 | 200 | 2,400 |
| 100 | 100 | 100 | 100 | 100 | 1,200 |
| 5,414 | 5,414 | 5,414 | 5,414 | 5,414 | 64,968 |
| **51,955** | **51,016** | **50,397** | **50,005** | **50,422** | **595,182** |
| **944,698** | **862,352** | **892,296** | **786,403** | **733,288** | **10,675,408** |
| **162,437** | **112,671** | **132,089** | **68,137** | **35,293** | **1,462,557** |
| *10.43%* | *8.21%* | *9.16%* | *5.67%* | *3.27%* | *8.56%* |
| | | | | | |
| -2,018 | -2,018 | -2,018 | -2,018 | -2,018 | -24,216 |
| -2,492 | -2,492 | -2,492 | -2,492 | -2,492 | -29,904 |
| | | | | | -48,000 |
| -55,532 | -38,518 | -45,157 | -23,294 | -12,066 | -500,000 |
| **102,395** | **69,642** | **82,422** | **40,333** | **18,718** | **860,437** |